AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

SCOTT THOMAS HOCHSTETTER,
aka "Defender of Ants"

*Plaintiff(s)*

v.

DETECTIVE MICHELLE GOMEZ and all other defendants listed in attached Attachment A, incorporated herein.

*Defendant(s)*

Civil Action No. 2:26-cv-6868-DOC-KS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALL DEFENDANTS LISTED IN ATTACHMENT B attached and incorporated herein.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Thomas Hochstetter, Plaintiff Pro Se
5419 Hollywood Blvd., Ste C, 137
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/11/26

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1264

*Signature of Clerk or Deputy Clerk*

JASON JIANG

ATTACHMENT A

FILED

2026 SEP 11 PM 2:

CLERK U.S. DISTRICT CO
CENTRAL DIST. OF CAL
LOS ANGELES
BY:

SCOTT HOCHSTETTER
5419 Hollywood Blvd., Ste C, 137
Los Angeles, CA 90027
Theloreofdoa@gmail.com
*Pro Se*

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| SCOTT THOMAS HOCHSTETTER, aka "Defender of Ants," Plaintiff, v. DETECTIVE MICHELLE GOMEZ, Los Angeles Police Department, Northeast Division, in her individual capacity; LIEUTENANT KEVIN J. AUSTIN, Los Angeles Police Department, in his individual capacity; OFFICER CALEB J. BRADSHAW, California Highway Patrol, in his individual capacity; BUILDING MANAGEMENT SERVICES, a private entity; CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL, a private entity; CHURCH OF SCIENTOLOGY LOS ANGELES, a private entity; CHURCH OF SCIENTOLOGY WESTERN UNITED STATES, a private entity; CITY OF LOS ANGELES; CITY OF SAN LUIS OBISPO; ANTHONY R. D'AMATO JR., an individual; OFFICER BLAKE ETHERTON, San Luis Obispo Police Department, in his individual capacity; OFFICER BRIANA M. FESPERMAN, Los Angeles Police Department, in her individual capacity; SERGEANT ROSENDO GOMEZ, RETIRED, Los Angeles Police Department, in his individual capacity; SERGEANT CESAR GOMEZ, Los Angeles Police Department, in his individual capacity; DETECTIVE DOUGLASS HALL, Los Angeles Police Department, in his individual capacity; OFFICER MITCHELL D. HENDRICKS, California Highway Patrol, in his individual capacity; SENIOR LEAD | **Case No. 2:26-cv-6868-DOC-KS**<br><br>1. 1st Amendment Retaliation<br><br>2. 4th Amendment Unreasonable Seizure and Prolonged Retention of Property<br><br>3. 4th Amendment Unreasonable Search and Judicial Deception<br><br>4. Municipal Liability City of Los Angeles<br><br>5. Violation of the California Bane Act<br><br>6. Civil Conspiracy to Deprive Constitutional Rights<br><br>7. 4th Amendment Excessive Force |

| | |
|---|---|
| OFFICER ANTONIO C. HERNANDEZ, Los Angeles Police Department, Northeast Division, in his individual capacity; ODO HUBER, an individual; OFFICER CASSANDRA E. JACQUIN, Los Angeles Police Department, in her individual capacity; JENNIFER KRAUSKOPF, an individual;OFFICER LOPEZ, California Highway Patrol, first name unknown, in his individual capacity; DETECTIVE BRIAN J. MARTIN, Los Angeles Police Department, in his individual capacity; SERGEANT CHARLIE LEE McMICHAEL, California Highway Patrol, in his individual capacity; KENDRICK L MOXON, an individual sued in his individual capacity;OFFICER PHILLIP C. OLSEN, California Highway Patrol, in his individual capacity; PARKER OSMON, an individual;OPSINC SECURITY, a private business entity; KIRSTEN PEDERSEN, an individual; OFFICER FRANCISCO R. PEREZ, California Highway Patrol, in his individual capacity; OFFICER CHRIS PROPER, California Highway Patrol, in his individual capacity; OFFICER MARCO A. ROLON, Los Angeles Police Department, in his individual capacity; FRANCISCO SOSA, an individual DETECTIVE JERRY LEE TORRES, Los Angeles Police Department, in his individual capacity; OFFICER ANTHONY V. VALENZUELA, Los Angeles Police Department, Northeast Division, in his individual capacity;CAPTAIN GARY WALTERS, Los Angeles Police Department, Northeast Division, in his individual capacity; SERGEANT CHARLES R. WILSON, California Highway Patrol, in his individual capacity; JAYDEN WHEELER, a scientology guard, individual capacity; DOE 1 GRILL individual capacity; DOE 2 CEMENT WORKER individual capacity; DOE 3 PHONE, an individual; DOE 4 TRENCHCOAT; DOE 5 GIJANE; DOES 6-50, inclusive,<br><br>Defendants. | 8. 4th Amendment Unreasonable Seizure and Nonconsensual Biometric Fingerprinting<br><br>9. Municipal Liability City of San Luis Obispo<br><br>10. 1st Amendment Retaliatory Prosecution<br><br>11. 4th Amendment Malicious Prosecution<br><br>12. 1st Amendment Unconstitutional Exclusion from Traditional Public Fora and Viewpoint Discrimination<br><br>13. Intentional Infliction of Emotional Distress<br><br>14. 14th Amendment Procedural Due Process (Deprivation of Property Without Prompt Post-Seizure Hearing)<br><br>15. 14th Amendment Equal Protection (Selective Enforcement / Viewpoint Discrimination)<br><br>**DEMAND FOR JURY TRIAL** |

**ATTACHMENT B TO AO 440 S MMONS**

United States District Court, Central District of California
Scott Thomas Hochstetter v. Michelle Gomez, et al.
Civil Action No. 2:26-cv-6868-DOC-KS

Defendants named in the caption and to whom this summons is directed:

1. MICHELLE GOMEZ
2. KEVIN J. AUSTIN
3. CALEB J. BRADSHAW
4. BUILDING MANAGEMENT SERVICES
5. CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL
6. CHURCH OF SCIENTOLOGY LOS ANGELES
7. CHURCH OF SCIENTOLOGY WESTERN UNITED STATES
8. CITY OF LOS ANGELES
9. CITY OF SAN LUIS OBISPO
10. ANTHONY R. D'AMATO JR.
11. BLAKE ETHERTON
12. BRIANA M. FESPERMAN
13. ROSENDO GOMEZ
14. CESAR GOMEZ
15. DOUGLASS HALL
16. MITCHELL D. HENDRICKS
17. ANTONIO C. HERNANDEZ
18. ODO HUBER
19. CASSANDRA E. JACQUIN
20. JENNIFER KRAUSKOPF
21. OFFICER LOPEZ (California Highway Patrol; first name unknown)
22. BRIAN J. MARTIN
23. CHARLIE LEE McMICHAEL
24. KENDRICK L. MOXON
25. PHILLIP C. OLSEN
26. PARKER OSMON
27. OPSINC SECURITY
28. KIRSTEN PEDERSEN
29. FRANCISCO R. PEREZ
30. CHRIS PROPER
31. MARCO A. ROLON
32. FRANCISCO SOSA
33. JERRY LEE TORRES
34. ANTHONY V. VALENZUELA
35. GARY WALTERS
36. CHARLES R. WILSON
37. JAYDEN WHEELER
38. DOE 1 GRILL
39. DOE 2 CEMENT WORKER
40. DOE 3 PHONE
41. DOE 4 TRENCHCOAT
42. DOE 5 GIJANE
43. DOES 6-50, inclusive

Attachment A is incorporated into the caption and the "To" field of the accompanying summons.