AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED
2026 SEP 24 PM 2:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

Civil Action No. 2:26-cv-6868-DOC-KS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CALEB J. BRADSHAW

was received by me on *(date)* 09. 18. 26 .

☒ I personally served the summons on the individual at *(place)* 675 CALIFORINA BLVD, SAN LUIS OBISPO, CA 93401 on *(date)* 09-18-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andrya Scott , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* 09. 18. 26 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ / for travel and $ / for services, for a total of $ / .

I declare under penalty of perjury that this information is true.

Date: 09-18-26

Sally A Ross
*Server's signature*

Sally A Ross
*Printed name and title*

San Luis Obispo
*Server's address*

Additional information regarding attempted service, etc: