AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED
2026 SEP 24 PM 2:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: JJT

Civil Action No. 2:26-cv-6868-DOC-KS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CESAR GOMEZ
was received by me on *(date)* 9-22-26.

☒ I personally served the summons on the individual at *(place)* 77TH DIVISION, 7600 S BROADWAY, LOS ANGELES CA on *(date)* 9-22-26; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* OFFICER Lomeli, who is designated by law to accept service of process on behalf of *(name of organization)* LAPD 77th Div. Serial # 39226 on *(date)* 9-22-26; or 10:53 A.M

☐ I returned the summons unexecuted because ________; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under penalty of perjury that this information is true.

Date: 9-22-26

Sheri Edwards [signature]
*Server's signature*

Sheri Edwards
*Printed name and title*

3959 W. 182nd st
Torrance, CA 90503
*Server's address*

Additional information regarding attempted service, etc: