AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No. 2:26-cv-6868-DOC-KS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2026 SEP 24 PM 2:50

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY: [illegible]

This summons for *(name of individual and title, if any)* JERRY LEE TORRES was received by me on *(date)* 9-22-26.

☒ I personally served the summons on the individual at *(place)* LAPD HEADQUARTERS, 100 WEST 1ST STREET, LA CA 90012 on *(date)* 09.22.26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* 100 W. 1ST ST. L.A, CA 90012, a person of suitable age and discretion who resides there, on *(date)* [illegible], and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Officer Grey, serial # 38134, who is designated by law to accept service of process on behalf of *(name of organization)* LAPD on *(date)* 9-22-26 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ / for travel and $ / for services, for a total of $ / .

I declare under penalty of perjury that this information is true.

Date: 9-22-26

Sheri Edwards
*Server's signature*

Sheri Edwards
*Printed name and title*

3959 W. 182nd St.
Torrance, CA 90503
*Server's address*

Additional information regarding attempted service, etc: