AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-6868-DOC-KS

FILED

2026 SEP 24 PM 2:

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___

# PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any) **BLAKE ETHERTON**

was received by me on (date) September 23, 2026

☐ I personally served the summons on the individual at (place) ______

on (date) ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ______

, a person of suitable age and discretion who resides there,

on (date) ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) ______

, who is designated by law to accept service of process on behalf of (name of organization) ______

on (date) ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ **Other (specify):**

On September 23, 2026, I served Defendant BLAKE ETHERTON by electronic mail to Joshua M. George, counsel for the City of San Luis Obispo and Officer Etherton, at george@ammcglaw.com, pursuant to Mr. George's written authorization dated September 23, 2026 stating that he is authorized to accept service electronically on Officer Etherton's behalf. The email included the Summons, First Amended Complaint, Civil Cover Sheet, and Certification and Notice of Interested Parties.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: September 23, 2026

Amber Ramirez

Server's signature

Amber M. Ramirez - Nonparty Server

Printed name and title

San Bernardino, CA

Server's address

Additional information regarding attempted service, etc:

Email sent at: 6:30 PM AM / PM