| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| Scott Thomas Hochstetter<br>5419 Hollywood Blvd. Ste C 137<br>Los Angeles, CA 90024<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | FILED<br>CLERK, U.S. DISTRICT COURT<br>SEP 28 2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>EASTERN DIVISION DEPUTY<br>EC |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>**United States Bankruptcy Court**<br>**Central District of California**<br>**3420 Twelfth Street**<br>**Riverside, CA 92501** | |
| PLAINTIFF:<br>**Scott Hochstetter**<br>DEFENDANT:<br>**Michele Gomez and all defendants listed in attached** | COURT CASE NO:<br>**2:26-CV-6868-DOC-KS** |
| **Proof of Service of Summons** | LEVYING OFFICER FILE NO:<br>**2026001791** |

1. At the time of the service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   f. other *(specify documents):*
   **Attachment, Civil Case Cover Sheet, First Amended Complaint, Notice of Interested Parties, Summons in a Civil Action**
3. a. Party Served *(specify name of party as shown on documents served):*
   **Officer Blake Etherton**
   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Caleb Kemp, Lieutenant**
4. Address where party was served: **San Luis Obispo Police Department**
   **1042 Walnut St**
   **San Luis Obispo, CA 93401**
5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 09/22/2026 at: 1:30 PM.
6. the "Notice to the Person Served" (on the summons) was completed as follows:
   Not Applicable
7. **Person who served the papers:**
   a. Name: **M. Neufeld, Deputy Sheriff**
   b. Address: **San Luis Obispo County Sheriff, 1050 Monterey St, Room 236, San Luis Obispo, CA 93408**
   c. Telephone number: **(805) 781-5484**
   d. **The fee** for service was: **$50.00**
9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

**Date:** Wednesday, September 23, 2026

**by:** M. NEUFELD #947

Sheriff's Authorized Agent
Ian S. Parkinson



**Original**

(c) CountySuite Sheriff, Teleosoft, Inc.

United States Bankruptcy Court
Central District of California
3420 Twelfth Street
Riverside, CA 92501

San Luis Obispo County Sheriff's Office
1050 Monterey St., Room 236
San Luis Obispo, CA 93408
Civil Enforcement Division

SANTA BARBARA CA 931
25 SEP 2026 PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 93408 $ 000.78
02 7W
0008047134

RECEIVED
SEP 28 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

RETURN SERVICE REQUESTED

92501-381999