ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

Joshua M. George, SBN: 244565
george@ammcglaw.com
Gregory T. Nolan, SBN: 291162
gnolan@ammcglaw.com
Betzy Y. Bras-Gonzalez, SBN: 328716
bbrasgonzalez@ammcglaw.com
ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
*Mailing Address*: Post Office Box 3835
San Luis Obispo, CA 93403-3835
*Physical Address*: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
Attorneys for Defendants, City of San Luis Obispo and Officer Blake Etherton

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SCOTT THOMAS HOCHSTETTER, aka "Defender of Ants,"

Plaintiff,

v.

DETECTIVE MICHELLE GOMEZ, Los Angeles Police Retaliation Department, Northeast Division, in her individual capacity; LIEUTENANT KEVIN J. AUSTIN, Los Angeles Police Department, in his individual capacity; OFFICER CALEB J. BRADSHAW, California Highway Patrol, in his individual capacity; BUILDING MANAGEMENT SERVICES, a private entity; CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL, a private entity; CHURCH OF SCIENTOLOGY LOS ANGELES, a private entity; CHURCH OF SCIENTOLOGY WESTERN UNITED STATES, a private entity;

CASE NO.: 2:26-cv-06868-DOC-KS

**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR THE CITY OF SAN LUIS OBISPO AND OFFICER BLAKE ETHERTON TO NOVEMBER 9, 2026**

CITY OF LOS ANGELES; CITY OF SAN LUIS OBISPO; ANTHONY R. D'AMATO JR., an individual; OFFICER BLAKE ETHERTON, San Luis Obispo Police Department, in his individual capacity; OFFICER BRIANA M. FESPERMAN, Los Angeles Police Department, in her individual capacity; SERGEANT ROSENDO GOMEZ, RETIRED, Los Angeles Police Department, in his individual capacity; SERGEANT CESAR GOMEZ, Los Angeles Police Department, in his individual capacity; DETECTIVE DOUGLASS HALL, Los Angeles Police Department, in his individual capacity; OFFICER MITCHELL D. HENDRICKS, California Highway Patrol, in his individual capacity; SENIOR LEAD; OFFICER ANTONIO C. HERNANDEZ, Los Angeles Police Department, Northeast Division, in his individual capacity; ODO HUBER, an individual; OFFICER CASSANDRA E. JACQUIN, Los Angeles Police Department, in her individual capacity; JENNIFER KRAUSKOPF, an individual; OFFICER LOPEZ, California Highway Patrol, first name unknown, in his individual capacity; DETECTIVE BRIAN J. MARTIN, Los Angeles Police Department, in his individual capacity; SERGEANT CHARLIE LEE McMICHAEL, California Highway Patrol, in his individual capacity; KENDRICK L MOXON, an individual sued in his individual capacity; OFFICER PHILLIP C. OLSEN, California Highway Patrol, in his individual capacity; PARKER

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

OSMON, an individual; OPSINC SECURITY, a private business entity; KIRSTEN PEDERSEN, an individual; OFFICER FRANCISCO R. PEREZ, California Highway Patrol, in his individual capacity; OFFICER CHRIS PROPER, California Highway Patrol, in his individual capacity; OFFICER MARCO A. ROLON, Los Angeles Police Department, in his individual capacity; FRANCISCO SOSA, an individual DETECTIVE JERRY LEE TORRES, Los Angeles Police Department, in his individual capacity; OFFICER ANTHONY V. VALENZUELA, Los Angeles Police Department, Northeast Division, in his individual capacity; CAPTAIN GARY WALTERS, Los Angeles Police Department, Northeast Division, in his individual capacity; SERGEANT CHARLES R. WILSON, California Highway Patrol, in his individual capacity; JAYDEN WHEELER, a scientology guard, individual capacity; DOE 1 GRILL, individual capacity; DOE 2 CEMENT WORKER, individual capacity; DOE 3 PHONE, an individual; DOE 4 TRENCHCOAT; DOE 5 GIJANE; DOES 6-50, inclusive,

Defendants.

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

## STIPULATION OF THE PARTIES

The undersigned parties hereby stipulate that:

1. On October 1, 2026, counsel for the City of San Luis Obispo and Officer Blake Etherton met with Plaintiff Scott Thomas Hochstetter, who is representing himself *pro se*, regarding the City's and Officer Etherton's planned motion to dismiss Plaintiff's First Amended Complaint (Dkt. 8).
2. Such a motion would be due on October 9, 2026.
3. On October 3, 2026, Plaintiff decided that he wished to file a Second Amended Complaint.
4. Plaintiff's case has numerous other defendants. Plaintiff will need time to discuss filing an amended complaint with them and preparing a stipulation and/or motion papers to allow the same.
5. The City and Officer Etherton wish to avoid the time and expense of preparing a motion to dismiss, if it will be mooted by the filing of a new complaint.
6. If the Court grants this stipulation to extend time, it will be the City's and Officer Etherton's first extension in this case.

THEREFORE, the undersigned parties stipulate that Officer Etherton and the City of San Luis Obispo's deadline for responding to the First Amended Complaint shall be extended 31 days to November 9, 2026.

Dated: October 5, 2026

*/s/ Scott Thomas Hochstetter*
Scott Thomas Hochstetter
Representing himself *pro se*

*/s/ Joshua M. George*
Joshua M. George
Adamski Moroski Madden
Cumberland & Green LLP
For the City of San Luis Obispo and
Officer Blake Etherton

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

**Local Rule 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 5, 2026

*/s/ Joshua M. George*
Joshua M. George
ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP