**CERTIFICATE OF SERVICE**

I, Raciel Catacutan, declare:

I am over the age of 18 and not a party to this action. My business address is 6633 Bay Laurel Place, Avila Beach, California.

On October 7, 2026, a true and correct copy of the foregoing document was served as follows:

- **FIRST STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR THE CITY OF SAN LUIS OBISPO AND OFFICER BLAKE ETHERTON TO NOVEMBER 9, 2026**

- **[PROPOSED] ORDER GRANTING FIRST STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR THE CITY OF SAN LUIS OBISPO AND OFFICER BLAKE ETHERTON TO NOVEMBER 9, 2026**

- **ORDER GRANTING FIRST STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR THE CITY OF SAN LUIS OBISPO AND OFFICER BLAKE ETHERTON TO NOVEMBER 9, 2026, entered and filed on October 6, 2026**

☒ **BY ELECTRONIC TRANSMISSION (EMAIL)** – Via electronic transmission to person(s) on whom it is to be served, at the email address(es) shown on the attached Service List.

☒ **BY MAIL** – Following ordinary business practice, I placed said envelope(s) for collection and mailing at the offices of Adamski Moroski Madden Cumberland & Green LLP, located at 6633 Bay Laurel Place, Avila Beach, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid, at San Luis Obispo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed by the office of a member of the bar of the United States District Court, Central District of California.

Dated: October 7, 2026

*/s/ Raciel Catacutan*
Raciel Catacutan

**SERVICE LIST**

Scott Thomas Hochstetter
5419 Hollywood Blvd., Ste. C, 137
Los Angeles, CA 90027
Telephone: (630) 465-3557
Email: Theloreofdoa@gmail.com
***Plaintiff, Pro Se***