ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address):
**Scott HOCHSTETTER <theloreofdoa@gmail.com>**
**theloreofdoa@gmail.com**

TELEPHONE NO.: **630-465-3557** FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): **Scott Thomas Hochstetter**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: **600 South Commonwealth Avenue**
MAILING ADDRESS: **600 South Commonwealth Avenue**
CITY AND ZIP CODE: **Los Angeles 90005**
BRANCH NAME: **Central District, Central Civil West Courthouse**

PLAINTIFF/PETITIONER: **Scott Thomas Hochstetter**

DEFENDANT/RESPONDENT: **Detective Michelle Gomez; ET AL**

CASE NUMBER: **2:26-cv-6868-DOC-KS**

Ref. No. or File No.: **REF-27847649**

## PROOF OF SERVICE OF SUMMONS

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of *(specify documents):*
   **SUMMONS; FIRST AMENDED COMPLAINT; certification and notice of interested parties; CIVIL COVER SHEET**
3. a. Party served *(specify name of party as shown on documents served):*
   **Francisco R Perez**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
4. Address where the party was served:
   **1565 Glendale Ave, Hanford, CA 93230-6934**
5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* at *(time):*

   b. ☒ **by substituted service.** On *(date):* **09/25/2026** at *(time):* **11:02 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Jane Doe, I delivered the documents to an individual who refused to give their name who identified themselves as the front desk reception, co-resident. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☒ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):* from *(city):* **or** ☒ a declaration of mailing is attached.

   (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Scott Thomas Hochstetter | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Detective Michelle Gomez; ET AL | 2:26-cv-6868-DOC-KS |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify)*

under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Adrian Sandoval**
b. Address: **1555 south ave, 2012, Orange Cove, CA 93646**
c. Telephone number: **559-546-9530**
d. The fee for service was: **$ 131.75**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:

(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **S202310000012** Registration #: **6779**

(iii) ☒ County: **County Of Fresno** County: **Los Angeles**

**BY FAX**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 09/25/2026

**Adrian Sandoval**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: Scott HOCHSTETTER <theloreofdoa@gmail.com> theloreofdoa@gmail.com<br>TELEPHONE NO.: **630-465-3557** FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Scott Thomas Hochstetter** | ***FOR COURT USE ONLY*** |
| --- | --- |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: **600 South Commonwealth Avenue**<br>MAILING ADDRESS: **600 South Commonwealth Avenue**<br>CITY AND ZIP CODE: **Los Angeles 90005**<br>BRANCH NAME: **Central District, Central Civil West Courthouse** | |
| PLAINTIFF/PETITIONER: **Scott Thomas Hochstetter** | CASE NUMBER:<br>**2:26-cv-6868-DOC-KS** |
| DEFENDANT/RESPONDENT: **Detective Michelle Gomez; ET AL** | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**REF-27847649** |

Party to Serve:
**Francisco R Perez**

Documents:
**SUMMONS; FIRST AMENDED COMPLAINT; certification and notice of interested parties; CIVIL COVER SHEET**

Service Address:
**1565 Glendale Ave, Hanford, CA 93230-6934**

BY FAX

I declare the following attempts were made to effect service by personal delivery:
**9/23/2026 2:33 PM: I spoke with an individual who identified themselves as the recptionist and they stated subject employed but not available at this time. Was told officer was not on duty.**
**9/24/2026 5:36 PM: I was unable to access the address due to business closed.**
**9/25/2026 11:01 AM: I spoke with an individual who identified themselves as the front desk and they stated subject employed but not available at this time.**

Person who performed diligence:
**Adrian Sandoval**
**1555 south ave 2012, Orange Cove, CA 93646**
**559-546-9530**

I am a registered California process server
Registration No.: S202310000012
County: County Of Fresno

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 09/25/2026

Adrian Sandoval
(NAME OF PERSON WHO PERFORMED DILIGENCE)

(SIGNATURE)


REF: **REF-27847649**
Tracking #: **0243570437**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Scott HOCHSTETTER <theloreofdoa@gmail.com>**<br>**theloreofdoa@gmail.com**<br><br>TELEPHONE NO.: **630-465-3557** FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Scott Thomas Hochstetter** | ***FOR COURT USE ONLY*** |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: **600 South Commonwealth Avenue**<br>MAILING ADDRESS: **600 South Commonwealth Avenue**<br>CITY AND ZIP CODE: **Los Angeles 90005**<br>BRANCH NAME: **Central District, Central Civil West Courthouse** | |
| PLAINTIFF/PETITIONER: **Scott Thomas Hochstetter** | CASE NUMBER:<br>**2:26-cv-6868-DOC-KS** |
| DEFENDANT/RESPONDENT: **Detective Michelle Gomez; ET AL** | |
| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>**REF-27847649** |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **September 25, 2026**, after substituted service was made, I mailed the following documents: **SUMMONS; FIRST AMENDED COMPLAINT; certification and notice of interested parties; CIVIL COVER SHEET** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles**, **CA**.

That I addressed the envelope as follows:

**Francisco R Perez**
**1565 Glendale Ave**
**Hanford, CA 93230-6934**

**BY FAX**

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 9/25/2026 at Los Angeles, CA.

/s/ Jesus Alvarez

Declarant: **Jesus Alvarez**, Reg. # 6585

REF: **REF-27847649**

Tracking #: **0243570434**