ROB BONTA
Attorney General of California
JESSICA R. MAREK
Supervising Deputy Attorney General
PARRY A. BLACK
Deputy Attorney General
State Bar No. 291472
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3366
Fax: (415) 703-1107
E-mail: Parry.Black@doj.ca.gov
*Attorneys for Defendants Officer Caleb J. Bradshaw, Sergeant Charlie Lee McMichael, Officer Phillip C. Olsen, Officer Chris Proper, and Sergeant Charles R. Wilson.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DISTRICT

| | |
|---|---|
| **SCOTT THOMAS HOCHSTETTER,**<br><br>Plaintiff,<br><br>**v.**<br><br>**MICHELLE GOMEZ, KEVIN J. AUSTIN, CALEB J. BRADSHAW, BUILDING MANAGEMENT SERVICES, CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL, CHURCH OF SCIENTOLOGY LOS ANGELES, CHURCH OF SCIENTOLOGY WESTERN UNITED STATES, CITY OF LOS ANGELES, CITY OF SAN LUIS OBISPO, ANTHONY R. D'AMATO JR, BLAKE ETHERTON, BRIANA M. FESPERMAN, ROSENDO GOMEZ, CESAR GOMEZ, DOUGLASS HALL, MITCHELL D. HENDRICKS, ANTONIO C. HERNANDEZ, ODO HUBER, CASSANDRA E. JOAQUIN, JENNIFER KRAUSKOPHF, OFFICER LOPEZ, BRIAN J.** | 2:26-cv-6868-DOC-KS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Courtroom: 10A<br>Judge: The Honorable David O. Carter<br>Trial Date: none set<br>Action Filed: 9/11/2026<br><br>Complaint served: September 18, 2026<br>Current response date: October 9, 2026<br>New response date: November 9, 2026 |

**MARTIN, CHARLES LEE MCMICHAEL, KENDRICK L. MOXON, PHILLIP C. OLSEN, PARKER OSMON, OPSINC SECURITY, KIRSTEN PEDERSEN, FRANCISCO R. PEREZ, CHRIS PROPER, MARCO A. ROLON, FRANCISCO SOSA, JERRY LEE TORRES, ANTHONY V. VALENZUELA, GARY WALTERS, CHARLES R. WILSON, JAYDEN WHEELER, DOE 1 GRIL, DOE 2 CEMENT WORKER, DOE 3 PHONE, DOE R TRENCHCOAT, DOE 5 GIJANE,**

Defendants.

TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:

COME NOW Plaintiff SCOTT HOCHSTETTER and Defendants OFFICER CALEB J. BRADSHAW, SERGEANT CHARLIE LEE MCMICHAEL, OFFICER PHILLIP C. OLSEN, OFFICER CHRIS PROPER, and SERGEANT CHARLES R. WILSON, by and through their attorney of record Parry Black, hereby stipulate as follows:

In order to accommodate ongoing meet and confer efforts, and to preserve judicial resources, to continue the current responsive pleading filing deadline of October 9, 2026, for a period of not more than 30 days, to November 9, 2026. All Defendants represented by this attorney of record will file a responsive pleading on that date, regardless of the date of actual service.

**SO STIPULATED.**

Dated: October 8, 2026

Scott Hochstetter

SCOTT HOCHSTETTER
*Plaintiff Pro Se*

Dated: October 8, 2026

ROB BONTA
Attorney General of California
JESSICA R. MAREK
Supervising Deputy Attorney General

Parry Black

PARRY A. BLACK
Deputy Attorney General
*Attorneys for Defendants Officer Caleb J. Bradshaw, Sergeant Charlie Lee McMichael, Officer Phillip C. Olsen, Officer Chris Proper, and Sergeant Charles R. Wilson.*

**STATEMENT PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Parry Black, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized filing.

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Defendants certifies that this brief contains 498 words, which:

_x_ complies with the word limit of L.R. 11-6.1.

__ complies with the word limit set by court order.

## CERTIFICATE OF SERVICE

Case Name: ***Hochstetter v. Gomez*** No. **2:26-cv-6868-DOC-KS**

I hereby certify that on October 9, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 9, 2026, at Fresno, California.

| V. Pampenelli | /s/ V. Pampenelli |
|---|---|
| Declarant | Signature |

LA2026900678
95751319