**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, MICHELLE GOMEZ, KEVIN J, AUSTIN, CASSANDRA JACQUIN, JERRY LEE TORRES, ANTONIO HERNANDEZ and ANTHONY VALENZUELA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT THOMAS HOCHSTETTER, aka "Defender of Ants,'

Plaintiff,

v.

DETECTIVE MICHELLE GOMEZ, Los Angeles Police Department, Northeast Division, in her individual capacity; LIEUTENANT KEVIN J. AUSTIN, Los Angeles Police Department, in his individual capacity; OFFICER CALEB J. BRADSHAW, California Highway Patrol, in his individual capacity; BUILDING MANAGEMENT SERVICES, a private entity; CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNANTIONAL, a private entity; CHURCH OF SCIENTOLOGY LOS ANGELES, a private entity; CHURCH OF SCIENTOLOGY WESTERN UNITED STATES, a private entity; CITY OF LOS ANGELES; CITY OF SAN LUIS OBISPO; ANTHONY R. D'AMATO JR., an individual; OFFICER BLAKE ETHERTON, San Luis Obispo Police Department, in his individual capacity; OFFICER BRIANA M. FESPERSMAN, Los Angeles Police Department, in her individual capacity; SERGEANT ROSENDO GOMEZ, RETIRED, Los Angeles Police Department, in his individual capacity; SERGEANT CESAR GOMEZ, Los Angeles Police Department, in his individual capactiy; DETECTIVE DOUGLASS HALL, Los Angeles Police Department, in his individual capacity; OFFICER MITCHELL D. HENDRICKS,

CASE NO. 2:26-cv-06868-DOC-KS
*Hon. David O. Carter – Ctrm. 10A*
*Hon. Karen L. Stevenson – Ctrm. 580*

**DEFENDANTS ANTONIO HERNANDEZ AND ANTHONY VALENZUELA'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**

California Highway Patrol, in his individual capacity; SENIOR LEAD OFFICER ANTONIO C. HERNANDEZ, Los Angeles Police Department, Northeast Division, in his individual capacity; ODO HUBER, an individual; OFFICER CASSANDRA E. JACQUIN, Los Angeles Police Department. In her individual capacity; JENNIFER KRAUSKOPF, an individual; OFFICER LOPEZ, California Highway Patrol, first name unknown, in his individual capacity, DETECTIVE BRIAN J, MARTIN, Los Angeles Police Department, in his individual capacity, SERGEANT CHARLIE LEE McMICHAEL, California Highway Patrol, in his individual capacity KENDRICK L. MOXON, an individual sued in his individual capacity; OFFICER PHILLIP C. OLSEN, California Highway Patrol, in his individual capacity, PARKER OSMON, an individual OPSINC SECURITY, a private business entity; KIRSTEN PEDERSEN, an individual; OFFICER FRANCISCO R. PEREZ, California Highway Patrol, in his individual capacity; OFFICER CHRIS PROPER, California Highway Patrol, in his individual capacity; OFFICER MARCO A. ROLON, Los Angeles Police Department, in his individual capacity; FRANCISCO SOSA, an individual, DETECTIVE JERRY LEE TORRES, Los Angeles Police Department, in his individual capacity; OFFICER ANTHONY V. VALENZUELA, Los Angeles Police Department, Northeast Division, in his individual capacity; CAPTAIN GARY WALTERS, Los Angeles Police Department, Northeast Divison, in his individual capacity; SERGEANT CHARLES R. WILSON, California Highway Patrol, in his individual capacity; JAYDEN WHEELER, a scientology guard, individual capacity; DOE 1 GRILL, individual capacity; DOE 2 CEMENT WORKER individual capacity; DOE 3 PHONE, an individual; DOE 4 TRENCHCOAT; DOE 5 GIJANE; DOES 6-50, inclusive,

Defendant(s).

Defendants ANTONIO HERNANDEZ and ANTHONY VALENZUELA ("Defendants") answering Plaintiff's First Amended Complaint for Damages for themselves and for no other parties, admit, deny and allege as follows:

## I. INTRODUCTION

1. Answering paragraph 1, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

2. Answering paragraph 2, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

3. Answering paragraph 3, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

4. Answering paragraph 4, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

5. Answering paragraph 5, to the extent that this paragraph asserts legal conclusions, no answer is required.

6. Answering paragraph 6, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

7. Answering paragraph 7, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

8. Answering paragraph 8, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

9. Answering paragraph 9, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

10. Answering paragraph 10, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

11. Answering paragraph 11, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

12. Answering paragraph 12, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

13. Answering paragraph 13, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

14. Answering paragraph 14, Defendants lack sufficient information and belief

to answer and, on that basis, deny the allegations contained therein.

15. Answering paragraph 15, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

16. Answering paragraph 16, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

17. Answering paragraph 17, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

18. Answering paragraph 18, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

19. Answering paragraph 19, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

20. Answering paragraph 20, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

21. Answering paragraph 21, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**II. VENUE AND JURISDICTION**

22. Answering paragraph 22, Defendants admit that the United States District Court has jurisdiction over the 42 U.S.C. §1983 claims and has the discretion to exercise supplemental jurisdiction over the state law claims.

23. Answering paragraph 23, Defendants admit that the Court has supplemental jurisdiction over the state law claims. Defendants defer to the Court as to whether it will exercise such supplemental jurisdiction.

24. Answering paragraph 24, to the extent that this paragraph asserts legal conclusions, no answer is required.

25. Answering paragraph 25, Defendants admit that venue is proper in the United States District Court for the Central District of California.

**III. PARTIES**

26. Answering paragraph 26, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

27. Answering paragraph 27, Defendants admit that Officer Michelle Gomez is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

28. Answering paragraph 28, Defendants admit that Officer Kevin J. Austin is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

29. Answering paragraph 29, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

30. Answering paragraph 30, and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

31. Answering paragraph 31, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

32. Answering paragraph 32, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

33. Answering paragraph 33, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

34. Answering paragraph 34, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

35. Answering paragraph 35, Defendants admit that the City of Los Angeles is a municipality in good standing under the laws of the State of California and the United States of America and that the LAPD is the primary law enforcement agency for the City.

36. Answering paragraph 36, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

37. Answering paragraph 37, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

38. Answering paragraph 38, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

39. Answering paragraph 39, Defendants admit that Officer Briana M. Fesperman is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

40. Answering paragraph 40, Defendants admit that Officer Cesar Gomez is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

41. Answering paragraph 41, Defendants admit that Officer Rosendo Gomez is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

42. Answering paragraph 42, Defendants admit that Officer Douglas Hall is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

43. Answering paragraph 43, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

44. Answering paragraph 44, Defendants admit that Officer Antonio C. Hernandez is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

45. Answering paragraph 45, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

46. Answering paragraph 46, Defendants admit that Officer Cassandra E. Jacquin is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

47. Answering paragraph 47, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

48. Answering paragraph 48, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

49. Answering paragraph 49, Defendants admit that Officer Brian J. Martin is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

50. Answering paragraph 50, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

51. Answering paragraph 51, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

52. Answering paragraph 52, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

53. Answering paragraph 53, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

54. Answering paragraph 54, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

55. Answering paragraph 55, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

56. Answering paragraph 56, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

57. Answering paragraph 57, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

58. Answering paragraph 58, Defendants admit that Officer Marco A. Rolon is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

59. Answering paragraph 59, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

60. Answering paragraph 60, Defendants admit that Officer Jerry Lee Torres is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

61. Answering paragraph 61, Defendants admit that Officer Anthony V. Valenzuela is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

62. Answering paragraph 62, Defendants admit that Officer Gary Walters is a LAPD Officer. The remainder of the allegations constitute legal conclusions and therefore no answer is required.

63. Answering paragraph 63, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

64. Answering paragraph 64, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

65. Answering paragraph 65, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

66. Answering paragraph 66, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

67. Answering paragraph 67, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

68. Answering paragraph 68, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

69. Answering paragraph 69, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

70. Answering paragraph 70, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

71. Answering paragraph 71, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1. SCIENTOLOGY ENTITY DEFENDANTS**

72. Answering paragraph 72, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

73. Answering paragraph 73, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

74. Answering paragraph 74, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

75. Answering paragraph 75 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

76. Answering paragraph 76, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

77. Answering paragraph 77, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

78. Answering paragraph 78, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

79. Answering paragraph 79, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

80. Answering paragraph 80, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

81. Answering paragraph 81, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

82. Answering paragraph 82, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

83. Answering paragraph 83, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

84. Answering paragraph 84, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

85. Answering paragraph 85, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

## IV. PART ONE – FACTUAL ALLEGATIONS

### A. HISTORY

86. Answering paragraph 86, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

87. Answering paragraph 87, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

88. Answering paragraph 88, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

89. Answering paragraph 89, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

90. Answering paragraph 90, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

91. Answering paragraph 91, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

92. Answering paragraph 92, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

93. Answering paragraph 93, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

94. Answering paragraph 94, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

95. Answering paragraph 95, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

96. Answering paragraph 96, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

97. Answering paragraph 97, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

98. Answering paragraph 98, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**B. SWATTINGS - PLAINTIFF**

99. Answering paragraph 99, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

100. Answering paragraph 100, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

101. Answering paragraph 101, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

102. Answering paragraph 102, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

103. Answering paragraph 103, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

104. Answering paragraph 104, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

105. Answering paragraph 105, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1.February 11, 2024 Swatting Northeast Division LAPD**

106. Answering paragraph 106, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

107. Answering paragraph 107, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. March 9, 2024 Swatting Northeast Division LAPD**

108. Answering paragraph 108, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

109. Answering paragraph 109, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. March 25, 2024 Swatting – Northeast Division LAPD**

110. Answering paragraph 110, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

111. Answering paragraph 111, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

112. Answering paragraph 112, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

113. Answering paragraph 113, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

114. Answering paragraph 114, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

115. Answering paragraph 115, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

116. Answering paragraph 116, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

117. Answering paragraph 117, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

118. Answering paragraph 118, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. March 27, 2024 Swatting**

119. Answering paragraph 119, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

120. Answering paragraph 120, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**5. April 4, 2024 Swatting Northeast Division LAPD**

121. Answering paragraph 121, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

122. Answering paragraph 122, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**6. April 14, 2024 Swatting Pasadena California**

123. Answering paragraph 123, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

124. Answering paragraph 124, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

125. Answering paragraph 125, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

126. Answering paragraph 126, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**7. April 19, 2024 Swatting Central Division LAPD**

127. Answering paragraph 127, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

128. Answering paragraph 128, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**8. April 23, 2026 Swatting San Francisco PD**

129. Answering paragraph 129, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

130. Answering paragraph 130, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**9. April 25, 2026 Swatting Sacramento Guns and Grenades**

131. Answering paragraph 131, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

132. Answering paragraph 132 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**10. July 6, 2024 Three Swattings In One Day**

133. Answering paragraph 133, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

134. Answering paragraph 134, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

135. Answering paragraph 135, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

136. Answering paragraph 136, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

137. Answering paragraph 137, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

138. Answering paragraph 138, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

139. Answering paragraph 139, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

140. Answering paragraph 140, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**11. August 28, 2024 Swatting Seattle**

141. Answering paragraph 141, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

142. Answering paragraph 142, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**12. August 29, 2024 Swatting Seattle**

143. Answering paragraph 143, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

144. Answering paragraph 144, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

145. Answering paragraph 145, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**13. September 14, 2024 Law-Enforcement Response**

146. Answering paragraph 146, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

147. Answering paragraph 147, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

148. Answering paragraph 148, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

149. Answering paragraph 149, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

150. Answering paragraph 150, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

151. Answering paragraph 151, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

152. Answering paragraph 152, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

153. Answering paragraph 153, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

154. Answering paragraph 154, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**14. September 18, 2024 Swatting at La Poubelle Bistro and Bar**

155. Answering paragraph 155, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

156. Answering paragraph 156, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**15. January 2, 2025 Swatting Pico-Union Area, Los Angeles**

157. Answering paragraph 157, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

158. Answering paragraph 158, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**16. January 4, 2025 Swatting Washington D.C.**

159. Answering paragraph 159, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

160. Answering paragraph 160, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**17. February 11, 2025 Swatting LAPD NE Div.**

161. Answering paragraph 161, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

162. Answering paragraph 162, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

163. Answering paragraph 163, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

164. Answering paragraph 164, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

165. Answering paragraph 165, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

166. Answering paragraph 166, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

167. Answering paragraph 167, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

168. Answering paragraph 168, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

169. Answering paragraph 169, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

170. Answering paragraph 170, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

171. Answering paragraph 171, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

172. Answering paragraph 172, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

173. Answering paragraph 173, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

174. Answering paragraph 174, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

175. Answering paragraph 175, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

176. Answering paragraph 176, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**18. February 19, 2025 Swatting Tucson Arizona**

177. Answering paragraph 177, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

178. Answering paragraph 178, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

179. Answering paragraph 179, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**C. SWATTINGS – PROTESTERS**

**1.Zachary Ellison**

180. Answering paragraph 180, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

181. Answering paragraph 181, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

182. Answering paragraph 182, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

183. Answering paragraph 183, and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

184. Answering paragraph 184, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. Daniel From Salem**

185. Answering paragraph 185, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. Minor S.S.**

186. Answering paragraph 186, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

187. Answering paragraph 187, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

188. Answering paragraph 188, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

189. Answering paragraph 189, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

190. Answering paragraph 190, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. Protesters**

191. Answering paragraph 191, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

192. Answering paragraph 192, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

193. Answering paragraph 193, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**D. FALSE ATTRIBUTION OF SWATTINGS TO PLAINTIFF**

194. Answering paragraph 194, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

195. Answering paragraph 195, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1.February 16**

196. Answering paragraph 196, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

197. Answering paragraph 197, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. February 20**

198. Answering paragraph 198, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

199. Answering paragraph 199, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

200. Answering paragraph 200, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

201. Answering paragraph 201, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. March 9**

202. Answering paragraph 202, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. March 25**

203. Answering paragraph 203, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

204. Answering paragraph 204, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

205. Answering paragraph 205, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**5. April 23**

206. Answering paragraph 206, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

207. Answering paragraph 207, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

208. Answering paragraph 208, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**E. SWATTING NOTIFICATIONS ON CAD FOR SCIENTOLOGY**

209. Answering paragraph 209, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

210. Answering paragraph 210, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

211. Answering paragraph 211, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

212. Answering paragraph 212, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

213. Answering paragraph 213, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

214. Answering paragraph 214, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

215. Answering paragraph 215, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**F. CUMULATIVE PSYCHOLOGICAL EFFECTS OF REPEATED SWATTING**

216. Answering paragraph 216, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

217. Answering paragraph 217, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

218. Answering paragraph 218, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**G. DISMISSED CHARGES**

**1.PPA Battery Arrest Subsequent Conspiracy and Tear-Gas Investigation**

219. Answering paragraph 219, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

220. Answering paragraph 220, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

221. Answering paragraph 221, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

222. Answering paragraph 222, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

223. Answering paragraph 223, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

224. Answering paragraph 224, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

225. Answering paragraph 225, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

226. Answering paragraph 226, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

227. Answering paragraph 227, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

228. Answering paragraph 228, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

229. Answering paragraph 229, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

230. Answering paragraph 230, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

231. Answering paragraph 231, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

232. Answering paragraph 232, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

233. Answering paragraph 233, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

234. Answering paragraph 234, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

235. Answering paragraph 235, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

236. Answering paragraph 236, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

237. Answering paragraph 237, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

238. Answering paragraph 238, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

239. Answering paragraph 239, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. Misdemeanors Case No. 25CJCM00751**

240. Answering paragraph 240, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

241. Answering paragraph 241, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

242. Answering paragraph 242, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

243. Answering paragraph 243, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

244. Answering paragraph 244, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**a. March 8**

245. Answering paragraph 245, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

246. Answering paragraph 246, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

247. Answering paragraph 247, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

248. Answering paragraph 248, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

249. Answering paragraph 249, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**b. March 9**

250. Answering paragraph 250, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

251. Answering paragraph 251, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

252. Answering paragraph 252, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

253. Answering paragraph 253, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**c. March 12**

254. Answering paragraph 254, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

255. Answering paragraph 255, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

256. Answering paragraph 256, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

257. Answering paragraph 257, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

258. Answering paragraph 258, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**d. March 16**

259. Answering paragraph 259, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

260. Answering paragraph 260, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

261. Answering paragraph 261, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**e. March 18**

262. Answering paragraph 262, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

263. Answering paragraph 263, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

264. Answering paragraph 264, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

265. Answering paragraph 265, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

266. Answering paragraph 266, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

267. Answering paragraph 267, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

268. Answering paragraph 268, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

269. Answering paragraph 269, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

270. Answering paragraph 270, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**f. April 19**

271. Answering paragraph 271, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

272. Answering paragraph 272, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

273. Answering paragraph 273, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

274. Answering paragraph 274, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

275. Answering paragraph 275, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

276. Answering paragraph 276, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

277. Answering paragraph 277, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

278. Answering paragraph 278, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

279. Answering paragraph 279, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

280. Answering paragraph 280, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**g. April 20**

281. Answering paragraph 281, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

282. Answering paragraph 282, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

283. Answering paragraph 283, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

284. Answering paragraph 284, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

285. Answering paragraph 285, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

286. Answering paragraph 286, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

287. Answering paragraph 287, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

288. Answering paragraph 288, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

289. Answering paragraph 289, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

290. Answering paragraph 290, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

291. Answering paragraph 291, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

292. Answering paragraph 292, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

293. Answering paragraph 293, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

294. Answering paragraph 294, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

295. Answering paragraph 295, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

296. Answering paragraph 296, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

297. Answering paragraph 297, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

298. Answering paragraph 298, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

299. Answering paragraph 299, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

300. Answering paragraph 300, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

301. Answering paragraph 301, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

302. Answering paragraph 302, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

303. Answering paragraph 303, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**h. May 5**

304. Answering paragraph 304, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

305. Answering paragraph 305, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

306. Answering paragraph 306, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

307. Answering paragraph 307, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

308. Answering paragraph 308, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

309. Answering paragraph 309, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

310. Answering paragraph 310, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

311. Answering paragraph 311, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

312. Answering paragraph 312, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

313. Answering paragraph 313, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

314. Answering paragraph 314, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

315. Answering paragraph 315, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**i. May 6**

316. Answering paragraph 316, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

317. Answering paragraph 317, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

318. Answering paragraph 318, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

319. Answering paragraph 319, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

320. Answering paragraph 320, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

321. Answering paragraph 321, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

322. Answering paragraph 322, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

323. Answering paragraph 323, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

324. Answering paragraph 324, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

325. Answering paragraph 325, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

326. Answering paragraph 326, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

327. Answering paragraph 327, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

328. Answering paragraph 328, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

329. Answering paragraph 329, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

330. Answering paragraph 330, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**j. May 25**

331. Answering paragraph 331, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

332. Answering paragraph 332, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

333. Answering paragraph 333, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

334. Answering paragraph 334, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

335. Answering paragraph 335, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

336. Answering paragraph 336, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

337. Answering paragraph 337, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

338. Answering paragraph 338, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

339. Answering paragraph 339, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

340. Answering paragraph 340, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

341. Answering paragraph 341, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

342. Answering paragraph 342, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

343. Answering paragraph 343, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

344. Answering paragraph 344, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

345. Answering paragraph 345, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

346. Answering paragraph 346, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

347. Answering paragraph 347, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

348. Answering paragraph 348, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

349. Answering paragraph 349, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

350. Answering paragraph 350, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

351. Answering paragraph 351, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

352. Answering paragraph 352, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

353. Answering paragraph 353, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

354. Answering paragraph 354, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

355. Answering paragraph 355, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

356. Answering paragraph 356, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

357. Answering paragraph 357, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

358. Answering paragraph 358, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

359. Answering paragraph 359, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

360. Answering paragraph 360, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

361. Answering paragraph 361, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

362. Answering paragraph 362, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

363. Answering paragraph 363, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

364. Answering paragraph 364, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

365. Answering paragraph 365, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

366. Answering paragraph 366, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

367. Answering paragraph 367, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

368. Answering paragraph 368, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

369. Answering paragraph 369, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

370. Answering paragraph 370, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

371. Answering paragraph 371, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**k. Disturbing a Religious Meeting**

372. Answering paragraph 372, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

373. Answering paragraph 373, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

374. Answering paragraph 374, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

375. Answering paragraph 375, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

376. Answering paragraph 376, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

377. Answering paragraph 377, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**H. FAILURE TO INVESTIGATE**

378. Answering paragraph 378, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

379. Answering paragraph 379, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

380. Answering paragraph 380, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

381. Answering paragraph 381, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

382. Answering paragraph 382, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

383. Answering paragraph 383, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

384. Answering paragraph 384, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

385. Answering paragraph 385, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

386. Answering paragraph 386, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

387. Answering paragraph 387, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1.Plaintiff as Victim**

388. Answering paragraph 388, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

389. Answering paragraph 389, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

390. Answering paragraph 390, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

391. Answering paragraph 391, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

392. Answering paragraph 392, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

393. Answering paragraph 393, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**a.May 10 – Strike Out Against Drugs Incident**

394. Answering paragraph 394, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

395. Answering paragraph 395, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

396. Answering paragraph 396, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

397. Answering paragraph 397, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

398. Answering paragraph 398, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

399. Answering paragraph 399, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

400. Answering paragraph 400, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

401. Answering paragraph 401, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

402. Answering paragraph 402, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

403. Answering paragraph 403, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

404. Answering paragraph 404, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

405. Answering paragraph 405, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

406. Answering paragraph 406, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**b. Tire Slashing, Property Damage and D' AMATO's Bounty**

407. Answering paragraph 407, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

408. Answering paragraph 408, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

409. Answering paragraph 409, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

410. Answering paragraph 410, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

411. Answering paragraph 411, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

412. Answering paragraph 412, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

413. Answering paragraph 413, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

414. Answering paragraph 414, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. Protesters as Victims**

415. Answering paragraph 415, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

416. Answering paragraph 416, Defendants deny the allegations contained therein.

417. Answering paragraph 417, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**a.<u>Refused PPAs</u>**

418. Answering paragraph 418 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein..

419. Answering paragraph 419, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

420. Answering paragraph 420, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

421. Answering paragraph 421, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

422. Answering paragraph 422, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

423. Answering paragraph 423, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**<u>b. Suspect Arrested but No Charges</u>**

424. Answering paragraph 424, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

425. Answering paragraph 425, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

426. Answering paragraph 426, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

427. Answering paragraph 427, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

428. Answering paragraph 428, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

429. Answering paragraph 429, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

430. Answering paragraph 430, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

431. Answering paragraph 431, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

432. Answering paragraph 432, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**c. No Action**

433. Answering paragraph 433 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

434. Answering paragraph 434 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

435. Answering paragraph 435, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

436. Answering paragraph 436, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

437. Answering paragraph 437, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. Follow-up Investigations**

**a. February 20**

438. Answering paragraph 438, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

439. Answering paragraph 439, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

440. Answering paragraph 440, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**b. March 14**

441. Answering paragraph 441, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

442. Answering paragraph 442, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**c. March 16**

443. Answering paragraph 443, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

444. Answering paragraph 444, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

445. Answering paragraph 445, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**d. April 20**

446. Answering paragraph 446, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

447. Answering paragraph 447, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

448. Answering paragraph 448, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

449. Answering paragraph 449, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**e. May 20**

450. Answering paragraph 450, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

451. Answering paragraph 451, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

452. Answering paragraph 452, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

453. Answering paragraph 453, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**f. June 4**

454. Answering paragraph 454, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

455. Answering paragraph 455, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

456. Answering paragraph 456, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

457. Answering paragraph 457, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

458. Answering paragraph 458, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

459. Answering paragraph 459, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**g. February 03, 2025**

460. Answering paragraph 460, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

461. Answering paragraph 461, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

462. Answering paragraph 462, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

463. Answering paragraph 463, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**h. February 6, 2025**

464. Answering paragraph 464, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

465. Answering paragraph 465, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

466. Answering paragraph 466, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. Report of Swatting with GOMEZ**

467. Answering paragraph 467, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

468. Answering paragraph 468, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

469. Answering paragraph 469, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

470. Answering paragraph 470, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

471. Answering paragraph 471, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

472. Answering paragraph 472, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

473. Answering paragraph 473, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**5. Spoofing**

474. Answering paragraph 474, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

475. Answering paragraph 475, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

476. Answering paragraph 476, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

477. Answering paragraph 477, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

478. Answering paragraph 478, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

## I. PUBLIC SIDEWALK RESTIRCTIONS OF PROTESTERS

### 1.Sidewalk Closure Communications Before May 29th

479. Answering paragraph 479 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

480. Answering paragraph 480 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

481. Answering paragraph 481 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

482. Answering paragraph 482 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

483. Answering paragraph 483 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

484. Answering paragraph 484 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

485. Answering paragraph 485 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

486. Answering paragraph 486 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

487. Answering paragraph 487 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

488. Answering paragraph 488 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

489. Answering paragraph 489 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

490. Answering paragraph 490, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

491. Answering paragraph 491 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. Plaintiff Removed From Sidewalks**

492. Answering paragraph 492, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

493. Answering paragraph 493, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

494. Answering paragraph 494, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. Convoy and Encampment**

495. Answering paragraph 495, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**a. May 29, 2024**

496. Answering paragraph 496 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**b. May 31, 2024**

497. Answering paragraph 497 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

498. Answering paragraph 498 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

499. Answering paragraph 499, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

500. Answering paragraph 500, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

501. Answering paragraph 501, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

502. Answering paragraph 502, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

503. Answering paragraph 503, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

504. Answering paragraph 504 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

505. Answering paragraph 505, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

506. Answering paragraph 506, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

507. Answering paragraph 507, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**c. June 1, 2024**

508. Answering paragraph 508, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

509. Answering paragraph 509, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

510. Answering paragraph 510, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

511. Answering paragraph 511, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

512. Answering paragraph 512, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

513. Answering paragraph 513, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

514. Answering paragraph 514, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

515. Answering paragraph 515, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

516. Answering paragraph 516, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

517. Answering paragraph 517, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

518. Answering paragraph 518, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**d. June 2, 2024**

519. Answering paragraph 519, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

520. Answering paragraph 520, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

521. Answering paragraph 21, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

522. Answering paragraph 522 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

523. Answering paragraph 523, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

524. Answering paragraph 524 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**e. June 3, 2024**

525. Answering paragraph 525, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

526. Answering paragraph 526, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

527. Answering paragraph 527, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

528. Answering paragraph 528, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

529. Answering paragraph 529, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

530. Answering paragraph 530, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

531. Answering paragraph 531, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

532. Answering paragraph 532, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

533. Answering paragraph 533, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

534. Answering paragraph 534, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

535. Answering paragraph 535, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

536. Answering paragraph 536, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**j. June 3 Restraining Order WHEELER**

537. Answering paragraph 537, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

538. Answering paragraph 538, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

539. Answering paragraph 539, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

540. Answering paragraph 540, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

541. Answering paragraph 541, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

542. Answering paragraph 542, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

543. Answering paragraph 543, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

544. Answering paragraph 544, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

545. Answering paragraph 545, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

546. Answering paragraph 546, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

547. Answering paragraph 547, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

548. Answering paragraph 548, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

549. Answering paragraph 549, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

550. Answering paragraph 550, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

551. Answering paragraph 551, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

552. Answering paragraph 552, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

553. Answering paragraph 553, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

554. Answering paragraph 554, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

555. Answering paragraph 555, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

556. Answering paragraph 556, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

557. Answering paragraph 557, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

558. Answering paragraph 558, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

559. Answering paragraph 559, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

560. Answering paragraph 560, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

561. Answering paragraph 561, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

562. Answering paragraph 562, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

563. Answering paragraph 563, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

564. Answering paragraph 564, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

565. Answering paragraph 565, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

566. Answering paragraph 566, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

567. Answering paragraph 567, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

568. Answering paragraph 568, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

569. Answering paragraph 569, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

570. Answering paragraph 570, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

571. Answering paragraph 571, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

572. Answering paragraph 572, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

573. Answering paragraph 573, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**f. June 4, 2024**

574. Answering paragraph 574, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

575. Answering paragraph 575, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

576. Answering paragraph 576, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

577. Answering paragraph 577, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**i. <u>June 4th Communications with West Virginia</u>**

578. Answering paragraph 578, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

579. Answering paragraph 579, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

580. Answering paragraph 580 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

581. Answering paragraph 581 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

582. Answering paragraph 582 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

583. Answering paragraph 583, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

584. Answering paragraph 584, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

585. Answering paragraph 585 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

586. Answering paragraph 586, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

587. Answering paragraph 587, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

588. Answering paragraph 588, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

589. Answering paragraph 589, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

590. Answering paragraph 590, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**g. June 5, 2024**

591. Answering paragraph 591, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

592. Answering paragraph 592, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

593. Answering paragraph 593, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**h. June 7, 2024**

594. Answering paragraph 594, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

595. Answering paragraph 595, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

596. Answering paragraph 596, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**i. Email Communications After June 7, 2024**

597. Answering paragraph 597, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

598. Answering paragraph 598, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

599. Answering paragraph 599 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

600. Answering paragraph 600 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

601. Answering paragraph 601 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

602. Answering paragraph 602, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

603. Answering paragraph 603 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

604. Answering paragraph 604 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

605. Answering paragraph 605 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**j. Anti-SLAPP**

606. Answering paragraph 606, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

607. Answering paragraph 607, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

608. Answering paragraph 608, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

609. Answering paragraph 609, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**k. Protesters Denied Access to Sidewalk**

610. Answering paragraph 610, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

611. Answering paragraph 611, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

612. Answering paragraph 612, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

613. Answering paragraph 613, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

614. Answering paragraph 614, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

615. Answering paragraph 615, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**l. Permits Not Following The City Guidelines**

616. Answering paragraph 616, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**J. PLANTERS**

617. Answering paragraph 617, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

618. Answering paragraph 618, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

619. Answering paragraph 619 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

620. Answering paragraph 620, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

621. Answering paragraph 621, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

622. Answering paragraph 622 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

623. Answering paragraph 623, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

624. Answering paragraph 624, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

625. Answering paragraph 625, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

626. Answering paragraph 626, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

627. Answering paragraph 627 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

628. Answering paragraph 628 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

629. Answering paragraph 629, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

630. Answering paragraph 630, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

631. Answering paragraph 631 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

632. Answering paragraph 632 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

633. Answering paragraph 633, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

634. Answering paragraph 634, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1.Selective Enforcement of Planters**

635. Answering paragraph 635, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

636. Answering paragraph 636, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

637. Answering paragraph 637, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**K. FURTHER INCIDENTS OF SELECTIVE ENFORCEMENT**

**1.October 4 – Magic Castle Assault and LAPD Response**

638. Answering paragraph 638, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

639. Answering paragraph 639, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

640. Answering paragraph 640, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

641. Answering paragraph 641, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

642. Answering paragraph 642, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

643. Answering paragraph 643, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

644. Answering paragraph 644, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. October 10 – Striking of Cellular Phone and Taking Cellular Phone**

645. Answering paragraph 645, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

646. Answering paragraph 646, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

647. Answering paragraph 647, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

648. Answering paragraph 648, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

649. Answering paragraph 649, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

650. Answering paragraph 650, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. October 13, 2024 – ROLON Public Sidewalk Exclusion**

651. Answering paragraph 651, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

652. Answering paragraph 652, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

653. Answering paragraph 653, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

654. Answering paragraph 654, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

655. Answering paragraph 655, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

656. Answering paragraph 656, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

657. Answering paragraph 657, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

658. Answering paragraph 658, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

659. Answering paragraph 659, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

660. Answering paragraph 660, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

661. Answering paragraph 661, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

662. Answering paragraph 662, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

663. Answering paragraph 663, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

664. Answering paragraph 664, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

665. Answering paragraph 665, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

666. Answering paragraph 666, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

667. Answering paragraph 667, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. November 17, 2024 Officers Force PLAINTIFF From LRH Way**

668. Answering paragraph 668, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

669. Answering paragraph 669, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

670. Answering paragraph 670, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

671. Answering paragraph 671, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

672. Answering paragraph 672, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

673. Answering paragraph 673, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

674. Answering paragraph 674, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

675. Answering paragraph 675, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**5. November 23, 2024 – Scientology Security Trespasses PLAINTIFF**

676. Answering paragraph 676, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

677. Answering paragraph 677, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

678. Answering paragraph 678, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

679. Answering paragraph 679, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

680. Answering paragraph 680, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

681. Answering paragraph 681, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

682. Answering paragraph 682, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

683. Answering paragraph 683, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

684. Answering paragraph 684, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

685. Answering paragraph 685, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**6. December 14, 2024 PLAINTIFF Trespassed From Public Street**

686. Answering paragraph 686, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

687. Answering paragraph 687, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

688. Answering paragraph 688, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

689. Answering paragraph 689, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

690. Answering paragraph 690, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

691. Answering paragraph 691, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

692. Answering paragraph 692, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

693. Answering paragraph 693, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

694. Answering paragraph 694, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

695. Answering paragraph 695, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

696. Answering paragraph 696, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

697. Answering paragraph 697, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**7. Complaint About Sidewalk and Street Closures**

698. Answering paragraph 698, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

699. Answering paragraph 699, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

700. Answering paragraph 700, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

701. Answering paragraph 701, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

702. Answering paragraph 702, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

703. Answering paragraph 703, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

704. Answering paragraph 704, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**L. ARRESTS AND PROSECUTIONS OF PROTESTERS**

705. Answering paragraph 705, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

706. Answering paragraph 706, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1.Protesters Arrested**

**a. January 19 – Aaron Smith-Levin Arrested**

707. Answering paragraph 707, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

708. Answering paragraph 708, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

709. Answering paragraph 709, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

710. Answering paragraph 710, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

711. Answering paragraph 711, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

712. Answering paragraph 712, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

713. Answering paragraph 713, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

714. Answering paragraph 714, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**b. February 16 – Jasiah, Daniel, Cameron Arrested**

**I. <u>Jasiah Adler</u>**

715. Answering paragraph 715, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

716. Answering paragraph 716, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

717. Answering paragraph 717, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

718. Answering paragraph 718, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

719. Answering paragraph 719, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**II. <u>Daniel Villeda Gonzalez</u>**

720. Answering paragraph 720, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

721. Answering paragraph 721, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

722. Answering paragraph 722, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

723. Answering paragraph 723, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

724. Answering paragraph 724, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**III. <u>Cameron Ivone</u>**

725. Answering paragraph 725, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

726. Answering paragraph 726, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

727. Answering paragraph 727, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

728. Answering paragraph 728, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

729. Answering paragraph 729, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

730. Answering paragraph 730, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

731. Answering paragraph 731, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**c. March 9 – Villeda Arrest for Attempted Robbery**

732. Answering paragraph 732, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

733. Answering paragraph 733, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

734. Answering paragraph 734, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

735. Answering paragraph 735, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

736. Answering paragraph 736, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**d. May 7 – Denver Jay Arrested for PC § 302**

737. Answering paragraph 737, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

738. Answering paragraph 738, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

739. Answering paragraph 739, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

740. Answering paragraph 740, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**e. June 16 – Prosecution of Enri Marini**

741. Answering paragraph 741, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

742. Answering paragraph 742, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

743. Answering paragraph 743, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

744. Answering paragraph 744, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

745. Answering paragraph 745, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

746. Answering paragraph 746, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

747. Answering paragraph 747, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

748. Answering paragraph 748, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**f. October 4 – Campus Restraining Order Denied**

749. Answering paragraph 749, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

750. Answering paragraph 750, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**M. COMMUNICATIONS WITH SCIENTOLOGY**

751. Answering paragraph 751 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

752. Answering paragraph 752 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

753. Answering paragraph 753, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

754. Answering paragraph 754 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

755. Answering paragraph 755 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

756. Answering paragraph 756, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

757. Answering paragraph 757 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

758. Answering paragraph 758, and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

759. Answering paragraph 759 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

760. Answering paragraph 760, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

761. Answering paragraph 761 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

762. Answering paragraph 762, and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

763. Answering paragraph 763, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

764. Answering paragraph 764, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

765. Answering paragraph 765 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

766. Answering paragraph 766, and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

767. Answering paragraph 767 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

768. Answering paragraph 768, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

769. Answering paragraph 769 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

770. Answering paragraph 770, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

771. Answering paragraph 771 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

772. Answering paragraph 772 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

773. Answering paragraph 773 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

774. Answering paragraph 774 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

775. Answering paragraph 775 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

776. Answering paragraph 776 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

777. Answering paragraph 777, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

778. Answering paragraph 778, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

779. Answering paragraph 779, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

780. Answering paragraph 780, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

781. Answering paragraph 781 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

782. Answering paragraph 782 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

783. Answering paragraph 783, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

784. Answering paragraph 784, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

785. Answering paragraph 785, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

786. Answering paragraph 786, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

787. Answering paragraph 787, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

788. Answering paragraph 788, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

789. Answering paragraph 789, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

790. Answering paragraph 790 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

791. Answering paragraph 791, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

792. Answering paragraph 792, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

793. Answering paragraph 793, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

794. Answering paragraph 794, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

795. Answering paragraph 795, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

796. Answering paragraph 796, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

797. Answering paragraph 797, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

798. Answering paragraph 798, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

799. Answering paragraph 799 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**N. COMPLAINTS**

**1. Complaint – September 19, 2024**

800. Answering paragraph 800, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

801. Answering paragraph 801, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

802. Answering paragraph 802, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

803. Answering paragraph 803, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

804. Answering paragraph 804, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

805. Answering paragraph 805, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

806. Answering paragraph 806, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

807. Answering paragraph 807, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

808. Answering paragraph 808, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

809. Answering paragraph 809, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

810. Answering paragraph 810, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

811. Answering paragraph 811 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

812. Answering paragraph 812, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**O. GIRLS ESCAPE SCIENTOLOGY – November 03, 2024**

813. Answering paragraph 813, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

814. Answering paragraph 814, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

815. Answering paragraph 815, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

816. Answering paragraph 816, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

817. Answering paragraph 817, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

818. Answering paragraph 818, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

819. Answering paragraph 819, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

820. Answering paragraph 820, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

821. Answering paragraph 821, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

822. Answering paragraph 822, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

823. Answering paragraph 823, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

824. Answering paragraph 824, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**P. FELONIES FILED AGAINST PLAINTIFF ON MARCH 3, 2025**

825. Answering paragraph 825, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

826. Answering paragraph 826, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

827. Answering paragraph 827, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1. <u>PC §245(a)(4) Count 1</u>**

828. Answering paragraph 828, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

829. Answering paragraph 829, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. <u>PC §594.3(b) Count 2-6</u>**

830. Answering paragraph 830, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

831. Answering paragraph 831, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

832. Answering paragraph 832, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. <u>Preliminary Hearing</u>**

833. Answering paragraph 833, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

834. Answering paragraph 834, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

835. Answering paragraph 835, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

836. Answering paragraph 836, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

837. Answering paragraph 837, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. <u>Barricade Investigation</u>**

838. Answering paragraph 838, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

839. Answering paragraph 839, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

840. Answering paragraph 840, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**5. <u>PC §422.6(B) 5 New Felony Charges 7-11</u>**

841. Answering paragraph 841, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

842. Answering paragraph 842, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

843. Answering paragraph 843, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**6. COUNT 9 Food-Drive Sign**

844. Answering paragraph 844, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

845. Answering paragraph 845, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

846. Answering paragraph 846, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

847. Answering paragraph 847, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

848. Answering paragraph 848, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

849. Answering paragraph 849, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

850. Answering paragraph 850, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

851. Answering paragraph 851, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

852. Answering paragraph 852, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

853. Answering paragraph 853, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**7. COUNT 10 Wreath**

854. Answering paragraph 854, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

855. Answering paragraph 855, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

856. Answering paragraph 856, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

857. Answering paragraph 857, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**8. COUNT 7 Wheat Paste Flyers – October 14, 2024**

858. Answering paragraph 858, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

859. Answering paragraph 859, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

860. Answering paragraph 860, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

861. Answering paragraph 861, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

862. Answering paragraph 862, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**9. COUNT 8 Straps Cut on Planters – November 9, 2024**

863. Answering paragraph 863, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

864. Answering paragraph 864, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**10. <u>COUNT 11 Planters Dismantled From Public Easement</u>**

865. Answering paragraph 865, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

## V. PART TWO: FACTUAL ALLEGATIONS

### A. VENTURA, CALIFORNIA SWATTING

866. Answering paragraph 866, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

867. Answering paragraph 867, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

### B. MISSION AND PCH

868. Answering paragraph 868, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

869. Answering paragraph 869, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

870. Answering paragraph 870, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

871. Answering paragraph 871, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

872. Answering paragraph 872, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

### C. CALL TO SERVICE

873. Answering paragraph 873, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

874. Answering paragraph 874, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

875. Answering paragraph 875, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

876. Answering paragraph 876, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

877. Answering paragraph 877, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

878. Answering paragraph 878, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

879. Answering paragraph 879, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**D. SAN LUIS OBISPO POLICE DEPARTMENT ("SLOPD")**

880. Answering paragraph 880, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

881. Answering paragraph 881, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

882. Answering paragraph 882, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

883. Answering paragraph 883, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

884. Answering paragraph 884, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1. <u>Arrest</u>**

885. Answering paragraph 885, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

886. Answering paragraph 886, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

887. Answering paragraph 887, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

888. Answering paragraph 888, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

889. Answering paragraph 889, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

890. Answering paragraph 890, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

891. Answering paragraph 891, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

892. Answering paragraph 892, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

893. Answering paragraph 893, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

894. Answering paragraph 894, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

895. Answering paragraph 895, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

896. Answering paragraph 896, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

897. Answering paragraph 897, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. SLOPD Search of RV and Officer ETHERTON's Removal of Livestreaming Cellular Phone**

898. Answering paragraph 898, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

899. Answering paragraph 899, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

900. Answering paragraph 900, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

901. Answering paragraph 901, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

902. Answering paragraph 902, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

903. Answering paragraph 903, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

904. Answering paragraph 904, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

905. Answering paragraph 905, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

906. Answering paragraph 906, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

907. Answering paragraph 907, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

908. Answering paragraph 908, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

909. Answering paragraph 909, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

910. Answering paragraph 910, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

911. Answering paragraph 911, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

912. Answering paragraph 912, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

913. Answering paragraph 913, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

914. Answering paragraph 914, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. <u>SLOPD Did Not Retain The Cellular Phones As Evidence</u>**

915. Answering paragraph 915, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

916. Answering paragraph 916, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

917. Answering paragraph 917, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

918. Answering paragraph 918, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

919. Answering paragraph 919, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

920. Answering paragraph 920, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

921. Answering paragraph 921, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

922. Answering paragraph 922, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**E. CALIFORNIA HIGHWAY PATROL (“CHP”)**

923. Answering paragraph 923, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

924. Answering paragraph 924, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

925. Answering paragraph 925, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

926. Answering paragraph 926, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

927. Answering paragraph 927, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

928. Answering paragraph 928, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

929. Answering paragraph 929, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

930. Answering paragraph 930, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

931. Answering paragraph 931, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

932. Answering paragraph 932, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

933. Answering paragraph 933, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

934. Answering paragraph 934, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

935. Answering paragraph 935, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**1. Search**

936. Answering paragraph 936, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

937. Answering paragraph 937, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

938. Answering paragraph 938, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

939. Answering paragraph 939, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

940. Answering paragraph 940, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

941. Answering paragraph 941, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

942. Answering paragraph 942, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. Seizure and Defendant-Specific CHP Participation**

943. Answering paragraph 943, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

944. Answering paragraph 944, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

945. Answering paragraph 945, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

946. Answering paragraph 946, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

947. Answering paragraph 947, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

948. Answering paragraph 948, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

949. Answering paragraph 949, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

950. Answering paragraph 950, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

951. Answering paragraph 951, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

952. Answering paragraph 952, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

953. Answering paragraph 953, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

954. Answering paragraph 954, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

955. Answering paragraph 955, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

956. Answering paragraph 956, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

957. Answering paragraph 957, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

958. Answering paragraph 958, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

959. Answering paragraph 959, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. Release**

960. Answering paragraph 960, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

961. Answering paragraph 961, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. CHP Follow-Up Investigation of Call To Service**

962. Answering paragraph 962, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

963. Answering paragraph 963, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

964. Answering paragraph 964, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

965. Answering paragraph 965, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

966. Answering paragraph 966, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

967. Answering paragraph 967, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**F. COMPLAINT**

**1. CHP**

968. Answering paragraph 968, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

969. Answering paragraph 969, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

970. Answering paragraph 970, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

971. Answering paragraph 971, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

972. Answering paragraph 972, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

973. Answering paragraph 973, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. SLOPD Complaint**

974. Answering paragraph 974, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

975. Answering paragraph 975, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

976. Answering paragraph 976, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

977. Answering paragraph 977, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

978. Answering paragraph 978, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

979. Answering paragraph 979, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

980. Answering paragraph 980, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

981. Answering paragraph 981, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. CHP Arrest- Investigation Report Dated September 6, 2024**

982. Answering paragraph 982, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

983. Answering paragraph 983, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

984. Answering paragraph 984, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

985. Answering paragraph 985, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

986. Answering paragraph 986, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

987. Answering paragraph 987, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

988. Answering paragraph 988, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

989. Answering paragraph 989, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

990. Answering paragraph 990, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

991. Answering paragraph 991, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**G. SEARCH WARRANT AND FORENSIC EXAMINATION OF PLAINTIFF'S CELLULAR PHONES**

**1. Delayed Application for Forensic Search Warrant**

992. Answering paragraph 992, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

993. Answering paragraph 993, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

994. Answering paragraph 994, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

995. Answering paragraph 995, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

996. Answering paragraph 996, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

997. Answering paragraph 997, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

998. Answering paragraph 998, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

999. Answering paragraph 999, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1000. Answering paragraph 1000, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**2. Characterization of Protest and Livestreaming Activity**

1001. Answering paragraph 1001, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1002. Answering paragraph 1002, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1003. Answering paragraph 1003, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1004. Answering paragraph 1004, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1005. Answering paragraph 1005, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1006. Answering paragraph 1006, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**3. GOMEZ's Knowledge That PLAINTIFF Was a Swatting Victim**

1007. Answering paragraph 1007, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1008. Answering paragraph 1008, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1009. Answering paragraph 1009, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1010. Answering paragraph 1010, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1011. Answering paragraph 1011, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1012. Answering paragraph 1012, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1013. Answering paragraph 1013, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1014. Answering paragraph 1014, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1015. Answering paragraph 1015, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1016. Answering paragraph 1016, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1017. Answering paragraph 1017, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1018. Answering paragraph 1018, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1019. Answering paragraph 1019, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1020. Answering paragraph 1020, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1021. Answering paragraph 1021, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1022. Answering paragraph 1022, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1023. Answering paragraph 1023, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1024. Answering paragraph 1024, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1025. Answering paragraph 1025, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1026. Answering paragraph 1026, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**4. Scope and Duration of the Requested Search**

1027. Answering paragraph 1027, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1028. Answering paragraph 1028, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1029. Answering paragraph 1029 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1030. Answering paragraph 1030, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1031. Answering paragraph 1031, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1032. Answering paragraph 1032, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1033. Answering paragraph 1033, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1034. Answering paragraph 1034, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1035. Answering paragraph 1035, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1036. Answering paragraph 1036, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1037. Answering paragraph 1037, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**5. Identification, Review, and Approval of the Warrant**

1038. Answering paragraph 1038, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1039. Answering paragraph 1039, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1040. Answering paragraph 1040, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1041. Answering paragraph 1041, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1042. Answering paragraph 1042, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1043. Answering paragraph 1043, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1044. Answering paragraph 1044, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1045. Answering paragraph 1045, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1046. Answering paragraph 1046, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**6. July 10 Incident and Disputed Description of the Phones' Location**

1047. Answering paragraph 1047, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1048. Answering paragraph 1048, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1049. Answering paragraph 1049, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1050. Answering paragraph 1050, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1051. Answering paragraph 1051, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1052. Answering paragraph 1052, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1053. Answering paragraph 1053, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1054. Answering paragraph 1054, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1055. Answering paragraph 1055, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1056. Answering paragraph 1056, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**7. Failure to Provide Notice and Return Seized Cellular Phones**

1057. Answering paragraph 1057, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1058. Answering paragraph 1058, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1059. Answering paragraph 1059, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1060. Answering paragraph 1060, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1061. Answering paragraph 1061, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**8. Execution, Transfer and Chain of Custody**

1062. Answering paragraph 1062, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1063. Answering paragraph 1063, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1064. Answering paragraph 1064, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1065. Answering paragraph 1065, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1066. Answering paragraph 1066, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1067. Answering paragraph 1067, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1068. Answering paragraph 1068, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1069. Answering paragraph 1069, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1070. Answering paragraph 1070, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1071. Answering paragraph 1071, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1072. Answering paragraph 1072, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1073. Answering paragraph 1073, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**9. Prolonged Retention and Resulting Harm**

1074. Answering paragraph 1074, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1075. Answering paragraph 1075, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1076. Answering paragraph 1076, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1077. Answering paragraph 1077, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1078. Answering paragraph 1078, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1079. Answering paragraph 1079, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1080. Answering paragraph 1080, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1081. Answering paragraph 1081, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1082. Answering paragraph 1082, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1083. Answering paragraph 1083, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1084. Answering paragraph 1084, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1085. Answering paragraph 1085, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1086. Answering paragraph 1086, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

#### 10. Prolonged Retention and Eventual Release of PLAINTIFF's Phones

1087. Answering paragraph 1087, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1088. Answering paragraph 1088, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1089. Answering paragraph 1089, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1090. Answering paragraph 1090, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

### H. CUMULATIVE FACTUAL ALLEGATIONS

1091. Answering paragraph 1091, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1092. Answering paragraph 1092, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1093. Answering paragraph 1093, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1094. Answering paragraph 1094, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

## VI. CAUSES OF ACTION

### A. FIRST CLAIM FOR RELEIF

**First Amendment Retaliation 42 U.S.C. § 1983**

**Against Defendants GOMEZ, WILSON, OLSEN, CESAR, VALENZUELA, ETHERTON, ROLON, LOPEZ and DOE DEFENDANTS 6-50, in Their Individual Capacities**

1095. Answering paragraph 1095, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1096. Answering paragraph 1096, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1097. Answering paragraph 1097, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1098. Answering paragraph 1098, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1099. Answering paragraph 1099, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1100. Answering paragraph 1100, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1101. Answering paragraph 1101, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1102. Answering paragraph 1102, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1103. Answering paragraph 1103, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1104. Answering paragraph 1104, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1105. Answering paragraph 1105, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1106. Answering paragraph 1106, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1107. Answering paragraph 1107, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1108. Answering paragraph 1108, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1109. Answering paragraph 1109, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1110. Answering paragraph 1110, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1111. Answering paragraph 1111, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1112. Answering paragraph 1112, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1113. Answering paragraph 1113, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1114. Answering paragraph 1114, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1115. Answering paragraph 1115, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1116. Answering paragraph 1116, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1117. Answering paragraph 1117, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1118. Answering paragraph 1118, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1119. Answering paragraph 1119, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1120. Answering paragraph 1120, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1121. Answering paragraph 1121, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1122. Answering paragraph 1122, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1123. Answering paragraph 1123, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1124. Answering paragraph 1124, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1125. Answering paragraph 1125, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1126. Answering paragraph 1126, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1127. Answering paragraph 1127, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1128. Answering paragraph 1128, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**B. SECOND CLAIM FOR RELIEF**

**Fourth Amendment Unreasonable Seizure and Prolonged Retention of Property 42 U.S.C. § 1983**

**AGAINST DEFENDANTS WILSON, PEREZ, HENDRICKS, BRADSHAW, OLSEN, ETHERTON, McMICHAEL, PROPER, GOMEZ, LOPEZ and DOE DEFENDANTS 6-50, in their individual capacities.**

1129. Answering paragraph 1129, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1130. Answering paragraph 1130, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1131. Answering paragraph 1131, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1132. Answering paragraph 1132, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1133. Answering paragraph 1133, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1134. Answering paragraph 1134, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1135. Answering paragraph 1135 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1136. Answering paragraph 1136, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1137. Answering paragraph 1137, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1138. Answering paragraph 1138, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1139. Answering paragraph 1139, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1140. Answering paragraph 1140, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1141. Answering paragraph 1141, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1142. Answering paragraph 1142, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1143. Answering paragraph 1143, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1144. Answering paragraph 1144 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1145. Answering paragraph 1145, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1146. Answering paragraph 1146, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1147. Answering paragraph 1147, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1148. Answering paragraph 1148, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1149. Answering paragraph 1149, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1150. Answering paragraph 1150, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1151. Answering paragraph 1151, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1152. Answering paragraph 1152, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1153. Answering paragraph 1153, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1154. Answering paragraph 1154, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1155. Answering paragraph 1155, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1156. Answering paragraph 1156, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1157. Answering paragraph 1157, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1158. Answering paragraph 1158, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1159. Answering paragraph 1159, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1160. Answering paragraph 1160, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1161. Answering paragraph 1161, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**C. THIRD CLAIM FOR RELIEF**

**Fourth Amendment - Unreasonable Search and Judicial Deception 42 U.S.C. § 1983**

**Against Defendants GOMEZ, AUSTIN, MARTIN, and DOE DEFENDANTS 6-50, in Their Individual Capacities**

1162. Answering paragraph 1162, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1163. Answering paragraph 1163, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1164. Answering paragraph 1164 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1165. Answering paragraph 1165, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1166. Answering paragraph 1166 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1167. Answering paragraph 1167, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1168. Answering paragraph 1168, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1169. Answering paragraph 1169, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1170. Answering paragraph 1170, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1171. Answering paragraph 1171, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1172. Answering paragraph 1172, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1173. Answering paragraph 1173, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1174. Answering paragraph 1174, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1175. Answering paragraph 1175, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1176. Answering paragraph 1176, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1177. Answering paragraph 1177, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1178. Answering paragraph 1178, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1179. Answering paragraph 1179, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1180. Answering paragraph 1180, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1181. Answering paragraph 1181, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1182. Answering paragraph 1182, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**D. FOURTH CLAIM FOR RELIEF**

**Municipal Liability 42 U.S.C. § 1983 (Monell) Against Defendant CITY OF LA**

1183. Answering paragraph 1183, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1184. Answering paragraph 1184 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1185. Answering paragraph 1185, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1186. Answering paragraph 1186, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1187. Answering paragraph 1187, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1188. Answering paragraph 1188, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1189. Answering paragraph 1189, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1190. Answering paragraph 1190, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1191. Answering paragraph 1191, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1192. Answering paragraph 1192, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1193. Answering paragraph 1193, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1194. Answering paragraph 1194, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1195. Answering paragraph 1195, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1196. Answering paragraph 1196, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1197. Answering paragraph 1197, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1198. Answering paragraph 1198, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1199. Answering paragraph 1199, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1200. Answering paragraph 1200, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1201. Answering paragraph 1201, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1202. Answering paragraph 1202, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1203. Answering paragraph 1203, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1204. Answering paragraph 1204, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**THEORY A- Persistent Practice of Relying on Private-Entity-Supplied Information Without Adequate Independent Verification**

1205. Answering paragraph 1205, Defendants deny the allegations contained therein.

1206. Answering paragraph 1206, Defendants deny the allegations contained therein.

1207. Answering paragraph 1207, Defendants deny the allegations contained therein.

1208. Answering paragraph 1208, Defendants deny the allegations contained therein.

1209. Answering paragraph 1209, Defendants deny the allegations contained therein.

1210. Answering paragraph 1210, Defendants deny the allegations contained therein.

1211. Answering paragraph 1211, Defendants deny the allegations contained therein.

1212. Answering paragraph 1212, Defendants deny the allegations contained therein.

1213. Answering paragraph 1213, Defendants deny the allegations contained therein.

1214. Answering paragraph 1214, Defendants deny the allegations contained therein.

**THEORY B - Persistent Practice of Acting on Private Accusations Without Adequate Independent Probable-Cause Review**

1215. Answering paragraph 1215, Defendants deny the allegations contained therein.

1216. Answering paragraph 1216, Defendants deny the allegations contained therein.

1217. Answering paragraph 1217, Defendants deny the allegations contained therein.

1218. Answering paragraph 1218, Defendants deny the allegations contained therein.

1219. Answering paragraph 1219, Defendants deny the allegations contained therein.

**THEORY C - Failure to Train, Supervise, and Correct Known Constitutional Risks**

1220. Answering paragraph 1220 and all subparagraphs, Defendants deny the allegations contained therein.

1221. Answering paragraph 1221, Defendants deny the allegations contained therein.

1222. Answering paragraph 1222, Defendants deny the allegations contained therein.

1223. Answering paragraph 1223, Defendants deny the allegations contained therein.

1224. Answering paragraph 1224, Defendants deny the allegations contained therein.

1225. Answering paragraph 1225, Defendants deny the allegations contained therein.

1226. Answering paragraph 1226, Defendants deny the allegations contained therein.

1227. Answering paragraph 1227, Defendants deny the allegations contained therein.

1228. Answering paragraph 1228, Defendants deny the allegations contained therein.

1229. Answering paragraph 1229, Defendants deny the allegations contained therein.

1230. Answering paragraph 1230, Defendants deny the allegations contained therein.

1231. Answering paragraph 1231, Defendants deny the allegations contained therein.

1232. Answering paragraph 1232, Defendants deny the allegations contained therein.

1233. Answering paragraph 1233, Defendants deny the allegations contained therein.

**E. FIFTH CLAIM FOR RELIEF**

**California Bane Act - Cal. Civ. Code § 52.1**

**Against Defendants PEREZ, WILSON, OLSEN, GOMEZ, WALTERS, ROLON, JACQUIN, and FESPERMAN in Their Individual Capacities; SOSA, DOE 1 GRILL, DOE 2 CEMENT WORKER, DOE 3 PHONE, DOE 4 TRENCHCOAT, D'AMATO and DOE 5 GIJANE as Private Individuals; OPSINC SECURITY, KRAUSKOPF, BMS, CSCCI, CSWUS, and CSLA as Private Entities; and DOE DEFENDANTS 6-50.**

1234. Answering paragraph 1234, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1235. Answering paragraph 1235, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1236. Answering paragraph 1236 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1237. Answering paragraph 1237, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1238. Answering paragraph 1238, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1239. Answering paragraph 1239, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1240. Answering paragraph 1240, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1241. Answering paragraph 1241 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1242. Answering paragraph 1242 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1243. Answering paragraph 1243, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1244. Answering paragraph 1244, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1245. Answering paragraph 1245, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1246. Answering paragraph 1246, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1247. Answering paragraph 1247, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1248. Answering paragraph 1248, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1249. Answering paragraph 1249, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1250. Answering paragraph 1250, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1251. Answering paragraph 1251 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1252. Answering paragraph 1252 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1253. Answering paragraph 1253 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1254. Answering paragraph 1254 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1255. Answering paragraph 1255 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1256. Answering paragraph 1256, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1257. Answering paragraph 1257, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1258. Answering paragraph 1258, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1259. Answering paragraph 1259, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1260. Answering paragraph 1260, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1261. Answering paragraph 1261, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1262. Answering paragraph 1262, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1263. Answering paragraph 1263, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1264. Answering paragraph 1264, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**F. SIXTH CLAIM FOR RELIEF**

**Civil Conspiracy to Deprive Constitutional Rights**

**Against Defendants GOMEZ, TORRES, HALL, ROSENDO, HERNANDEZ, PEDERSEN, HUBER, OSMON, KRAUSKOPF, WHEELER, MOXON and DOE DEFENDANTS 6-50, in Their Individual Capacities; and BMS, CSCCI, CSWUS, and CSLA**

1265. Answering paragraph 1265, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1266. Answering paragraph 1266, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1267. Answering paragraph 1267 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1268. Answering paragraph 1268, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1269. Answering paragraph 1269, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1270. Answering paragraph 1270, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1271. Answering paragraph 1271, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1272. Answering paragraph 1272, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1273. Answering paragraph 1273, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1274. Answering paragraph 1274 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1275. Answering paragraph 1275, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1276. Answering paragraph 1276, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1277. Answering paragraph 1277, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1278. Answering paragraph 1278, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1279. Answering paragraph 1279, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1280. Answering paragraph 1280, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1281. Answering paragraph 1281, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1282. Answering paragraph 1282, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1283. Answering paragraph 1283, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1284. Answering paragraph 1284, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1285. Answering paragraph 1285, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1286. Answering paragraph 1286, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1287. Answering paragraph 1287, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1288. Answering paragraph 1288, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1289. Answering paragraph 1289, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1290. Answering paragraph 1290, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1291. Answering paragraph 1291, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1292. Answering paragraph 1292, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1293. Answering paragraph 1293 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1294. Answering paragraph 1294 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1295. Answering paragraph 1295, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1296. Answering paragraph 1296, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1297. Answering paragraph 1297, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1298. Answering paragraph 1298, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1299. Answering paragraph 1299, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1300. Answering paragraph 1300, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1301. Answering paragraph 1301, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1302. Answering paragraph 1302, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1303. Answering paragraph 1303, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1304. Answering paragraph 1304, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1305. Answering paragraph 1305, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**G. SEVENTH CLAIM FOR RELIEF**

**Fourth Amendment Excessive Force 42 U.S.C. § 1983**

**Against Defendants ROLON, VALENZUELA, and DOE DEFENDANTS 6-50, in Their Individual Capacities**

1306. Answering paragraph 1306, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1307. Answering paragraph 1307 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1308. Answering paragraph 1308, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1309. Answering paragraph 1309, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1310. Answering paragraph 1310, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1311. Answering paragraph 1311, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**H. EIGHTH CLAIM FOR RELIEF**

**Fourth Amendment Unreasonable Seizure and Nonconsensual Biometric Fingerprinting 42 U.S.C. § 1983**

**Against Defendants ROSENDO and DOE DEFENDANTS 6-50, in Their Individual Capacities**

1312. Answering paragraph 1312, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1313. Answering paragraph 1313, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1314. Answering paragraph 1314 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1315. Answering paragraph 1315, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1316. Answering paragraph 1316, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1317. Answering paragraph 1317 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1318. Answering paragraph 1318 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1319. Answering paragraph 1319, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1320. Answering paragraph 1320, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1321. Answering paragraph 1321, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1322. Answering paragraph 1322, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1323. Answering paragraph 1323, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1324. Answering paragraph 1324, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1325. Answering paragraph 1325, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1326. Answering paragraph 1326, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1327. Answering paragraph 1327, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1328. Answering paragraph 1328, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1329. Answering paragraph 1329, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1330. Answering paragraph 1330, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1331. Answering paragraph 1331, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1332. Answering paragraph 1332, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1333. Answering paragraph 1333, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**I. NINTH CLAIM FOR RELIEF**

**Municipal Liability 42 U.S.C. § 1983 (Monell) Against Defendant CITY OF SLO Only**

1334. Answering paragraph 1334, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1335. Answering paragraph 1335, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1336. Answering paragraph 1336, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1337. Answering paragraph 1337, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1338. Answering paragraph 1338, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1339. Answering paragraph 1339, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1340. Answering paragraph 1340, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1341. Answering paragraph 1341, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1342. Answering paragraph 1342, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1343. Answering paragraph 1343, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1344. Answering paragraph 1344, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1345. Answering paragraph 1345, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1346. Answering paragraph 1346, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1347. Answering paragraph 1347, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1348. Answering paragraph 1348, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1349. Answering paragraph 1349, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1350. Answering paragraph 1350, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1351. Answering paragraph 1351, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1352. Answering paragraph 1352, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1353. Answering paragraph 1353, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1354. Answering paragraph 1354, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1355. Answering paragraph 1355, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1356. Answering paragraph 1356, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1357. Answering paragraph 1357, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1358. Answering paragraph 1358, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1359. Answering paragraph 1359, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1360. Answering paragraph 1360, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1361. Answering paragraph 1361, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1362. Answering paragraph 1362, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1363. Answering paragraph 1363, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1364. Answering paragraph 1364, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1365. Answering paragraph 1365, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1366. Answering paragraph 1366, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1367. Answering paragraph 1367, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1368. Answering paragraph 1368, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1369. Answering paragraph 1369, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**Municipal Policy, Inaction, Training, and Supervision**

1370. Answering paragraph 1370, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1371. Answering paragraph 1371, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1372. Answering paragraph 1372, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1373. Answering paragraph 1373, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1374. Answering paragraph 1374, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1375. Answering paragraph 1375, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1376. Answering paragraph 1376, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1377. Answering paragraph 1377, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1378. Answering paragraph 1378, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**J. TENTH CLAIM FOR RELIEF**

**First Amendment Retaliatory Prosecution 42 U.S.C. § 1983**

**Against Defendants GOMEZ, TORRES, HALL, PEDERSEN, HUBER, OSMON, KRAUSKOPF, CSCCI, CSWUS, CSLA, and DOE DEFENDANTS 6-50**

1379. Answering paragraph 1379, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1380. Answering paragraph 1380, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1381. Answering paragraph 1381, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1382. Answering paragraph 1382, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1383. Answering paragraph 1383, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1384. Answering paragraph 1384, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1385. Answering paragraph 1385, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1386. Answering paragraph 1386, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1387. Answering paragraph 1387, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1388. Answering paragraph 1388, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1389. Answering paragraph 1389, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1390. Answering paragraph 1390, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1391. Answering paragraph 1391, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1392. Answering paragraph 1392, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1393. Answering paragraph 1393, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1394. Answering paragraph 1394, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1395. Answering paragraph 1395, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1396. Answering paragraph 1396, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1397. Answering paragraph 1397, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1398. Answering paragraph 1398, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1399. Answering paragraph 1399, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1400. Answering paragraph 1400, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1401. Answering paragraph 1401, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1402. Answering paragraph 1402, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1403. Answering paragraph 1403, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1404. Answering paragraph 1404, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1405. Answering paragraph 1405, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1406. Answering paragraph 1406, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1407. Answering paragraph 1407, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1408. Answering paragraph 1408, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1409. Answering paragraph 1409, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**K. ELEVENTH CLAIM FOR RELIEF**

**Fourth Amendment Malicious Prosecution 42 U.S.C. § 1983**

**Against Defendants GOMEZ, TORRES, HALL, PEDERSEN, HUBER, OSMON, KRAUSKOPF, CSCCI, CSWUS, CSLA, and DOE DEFENDANTS 6-50**

1410. Answering paragraph 1410, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1411. Answering paragraph 1411, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1412. Answering paragraph 1412, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1413. Answering paragraph 1413, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1414. Answering paragraph 1414, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1415. Answering paragraph 1415, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1416. Answering paragraph 1416, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1417. Answering paragraph 1417, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1418. Answering paragraph 1418 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1419. Answering paragraph 1419, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1420. Answering paragraph 1420, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1421. Answering paragraph 1421, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1422. Answering paragraph 1422, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1423. Answering paragraph 1423, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1424. Answering paragraph 1424, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1425. Answering paragraph 1425, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1426. Answering paragraph 1426, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1427. Answering paragraph 1427, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1428. Answering paragraph 1428, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1429. Answering paragraph 1429, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1430. Answering paragraph 1430, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1431. Answering paragraph 1431 and all subparagraphs, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1432. Answering paragraph 1432, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1433. Answering paragraph 1433, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1434. Answering paragraph 1434, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1435. Answering paragraph 1435, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1436. Answering paragraph 1436, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1437. Answering paragraph 1437, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1438. Answering paragraph 1438, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1439. Answering paragraph 1439, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1440. Answering paragraph 1440, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1441. Answering paragraph 1441, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1442. Answering paragraph 1442, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1443. Answering paragraph 1443, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1444. Answering paragraph 1444, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1445. Answering paragraph 1445, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1446. Answering paragraph 1446, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1447. Answering paragraph 1447, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1448. Answering paragraph 1448, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1449. Answering paragraph 1449, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1450. Answering paragraph 1450, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1451. Answering paragraph 1451, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**L. TWELFTH CLAIM FOR RELIEF**

**First Amendment Unconstitutional Exclusion from Traditional Public Fora and Viewpoint Discrimination 42 U.S.C. § 1983**

**Against Defendants ROLON, CESAR, JACQUIN, FESPERMAN, KRAUSKOPF, MOXON, WHEELER, CSWUS, CSCCI, and CSLA as private entities, and DOE DEFENDANTS 6-50, in Their Individual Capacities.**

1452. Answering paragraph 1452, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1453. Answering paragraph 1453, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1454. Answering paragraph 1454, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1455. Answering paragraph 1455, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1456. Answering paragraph 1456, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1457. Answering paragraph 1457, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1458. Answering paragraph 1458, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1459. Answering paragraph 1459, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1460. Answering paragraph 1460, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1461. Answering paragraph 1461, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1462. Answering paragraph 1462, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1463. Answering paragraph 1463, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1464. Answering paragraph 1464, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1465. Answering paragraph 1465, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1466. Answering paragraph 1466, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1467. Answering paragraph 1467, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1468. Answering paragraph 1468, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1469. Answering paragraph 1469, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1470. Answering paragraph 1470, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1471. Answering paragraph 1471, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1472. Answering paragraph 1472, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1473. Answering paragraph 1473, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**M. THIRTEENTH CLAIM FOR RELIEF**

**Intentional Infliction of Emotional Distress (California Common Law) Against Defendant D'AMATO**

1474. Answering paragraph 1474, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1475. Answering paragraph 1475, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1476. Answering paragraph 1476, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1477. Answering paragraph 1477, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1478. Answering paragraph 1478, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1479. Answering paragraph 1479, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1480. Answering paragraph 1480, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1481. Answering paragraph 1481, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1482. Answering paragraph 1482, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1483. Answering paragraph 1483, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1484. Answering paragraph 1484, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1485. Answering paragraph 1485, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1486. Answering paragraph 1486, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1487. Answering paragraph 1487, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1488. Answering paragraph 1488, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1489. Answering paragraph 1489, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**N. FOURTEENTH CLAIM -**

**Fourteenth Amendment Procedural Due Process(Deprivation of Property Without Prompt Post-Seizure Hearing) 42 U.S.C. § 1983**

**Against Defendants GOMEZ, HALL, CITY OF LA, and CITY OF SLO**

1490. Answering paragraph 1490, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1491. Answering paragraph 1491, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1492. Answering paragraph 1492, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1493. Answering paragraph 1493, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1494. Answering paragraph 1494, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1495. Answering paragraph 1495, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1496. Answering paragraph 1496, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1497. Answering paragraph 1497, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1498. Answering paragraph 1498, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1499. Answering paragraph 1499, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1500. Answering paragraph 1500, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1501. Answering paragraph 1501, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1502. Answering paragraph 1502, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1503. Answering paragraph 1503, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1504. Answering paragraph 1504, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1505. Answering paragraph 1505, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

1506. Answering paragraph 1506, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**M. FIFTEENTH CLAIM**

**Fourteenth Amendment Equal Protection(Selective Enforcement/ Viewpoint Discrimination) 42 U.S.C. § 1983**

**Against Defendants CITY OF LA, GOMEZ, TORRES, AUSTIN, ROSENDO, WALTERS, HERNANDEZ, VALENZUELA, ROLON, HUBER, PEDERSEN, MOXON, KRAUSKOPF, and the SCIENTOLOGY ENTITY DEFENDANTS**

1507. Answering paragraph 1507, which incorporates by reference the allegations of the previous paragraphs of the First Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

1508. Answering paragraph 1508, to the extent that this paragraph asserts legal conclusions, no answer is required.

1509. Answering paragraph 1509, to the extent that this paragraph asserts legal conclusions, no answer is required.

1510. Answering paragraph 1510, Defendants deny the allegations contained therein.

1511. Answering paragraph 1511, Defendants deny the allegations contained therein.

1512. Answering paragraph 1512, Defendants deny the allegations contained therein.

1513. Answering paragraph 1513, Defendants deny the allegations contained therein.

1514. Answering paragraph 1514 and all subparagraphs, Defendants deny the allegations contained therein.

1515. Answering paragraph 1515, Defendants deny the allegations contained therein.

1516. Answering paragraph 1516 and all subparagraphs, Defendants deny the allegations contained therein.

1517. Answering paragraph 1517, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

**(Failure To State a Cause of Action)**

Defendants allege that the complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE

**(Qualified Immunity - Federal)**

Defendants are protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendants and any individually named Defendant did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### THIRD AFFIRMATIVE DEFENSE

**(Statute of Limitations)**

Some or all of Plaintiff's claims may be barred by the Statute of Limitations.

### FOURTH AFFIRMATIVE DEFENSE

**(Immunity from Punitive Damages)**

Defendant City of Los Angeles is immune from the imposition of punitive damages.

### FIFTH AFFIRMATIVE DEFENSE

**(Contributory Negligence by Other Persons)**

Defendants allege that the damages complained of by Plaintiff, if any, was either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendants. The damages alleged, if any, were directly and proximately caused and contributed to by the

negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SIXTH AFFIRMATIVE DEFENSE**

The damages alleged were directly and proximately caused and contributed to by the negligence of plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SEVENTH AFFIRMATIVE DEFENSE**

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

**EIGHTH AFFIRMATIVE DEFENSE**

The action is barred for lack of standing to sue.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs are not entitled to any, or to a reduced, recovery on the ground that they failed to mitigate damages.

**TENTH AFFIRMATIVE DEFENSE**

The action is barred by the doctrines of res judicata and collateral estoppel.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**TWELFTH AFFIRMATIVE DEFENSE**

The claims are barred by the statute of limitations set forth in California Code of Civil Procedure 340(3) and Government Code §945.6.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The answering Defendants are not legally responsible for the acts and/or omissions of the DOE Defendants.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The actions of the Defendants in all respects was reasonable, proper, and legal.

///

**<u>FIFTEENTH AFFIRMATIVE DEFENSE</u>**

**(Reasonable Suspicion and/or Probable Cause)**

Defendants are not liable because there was reasonable suspicion to detain and/or probable cause to arrest Plaintiff.

**<u>SIXTEENTH AFFIRMATIVE DEFENSE</u>**

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 815.6, 818, 818.2, 818.8, 820, 820.2, 820.4, 820.4, 820.6, 820.8, 822.2, 845, 846 and 910 et seq.

Penal Code §§836, 836.5 and 847.

Civil Code § 43.55

**<u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>**

Defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal. App. 3d 579 (1981).

**<u>TWENTIETH AFFIRMATIVE DEFENSE</u>**

Plaintiff's lawsuit is barred by <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-487 (1994) and <u>Susag v. City of Lake Forest</u>, 94 Cal.App.4th 1401 (2002).

**<u>TWENTY-FIRST AFFIRMATIVE DEFENSE</u>**

Plaintiff's lawsuit is barred by *Younger v. Harris*, 401 U.S. 37 (1971)

Defendants hereby reserve the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

///

///

///

///

**PRAYER FOR RELIEF**

W H E R E F O R E, Defendants pray for judgment as follows:

1. That Plaintiff takes nothing by this action;

2. That the action be dismissed;

3. That Defendants be awarded costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

**JURY DEMAND**

Defendants hereby demand and request a trial by jury in this matter.

Dated: October 15, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ Jeremy B. Warren
**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, MICHELLE GOMEZ, KEVIN J, AUSTIN, CASSANDRA JACQUIN, JERRY LEE TORRES, ANTONIO HERNANDEZ and ANTHONY VALENZUELA

# PROOF OF SERVICE

Case Name: *Scott Hochstetter v. City of Los Angeles, et al.*
Case No.: 2:26-cv-06868-DOC-KS

I, LEARSEY MENDEZ, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012.

On October 15, 2026, I served the document(s) described as **DEFENDANTS ANTONIO HERNANDEZ AND ANTHONY VALENZUELA'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES** on all interested parties as listed below:

**Plaintiff in Pro Se**
Scott Hochstetter
5419 Hollywood Blvd., Suite C 137
Los Angeles, CA 90027
Tel: (630) 465-3557
Email: theloreofdoa@gmail.com

☒ **BY MAIL**

I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2026, at Los Angeles, California.

LEARSEY MENDEZ