**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, MICHELLE GOMEZ, KEVIN J, AUSTIN, CASSANDRA JACQUIN and JERRY LEE TORRES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT THOMAS HOCHSTETTER, aka “Defender of Ants,’

Plaintiff,

v.

DETECTIVE MICHELLE GOMEZ, Los Angeles Police Department, Northeast Division, in her individual capacity; LIEUTENANT KEVIN J. AUSTIN, Los Angeles Police Department, in his individual capacity; OFFICER CALEB J. BRADSHAW, California Highway Patrol, in his individual capacity; BUILDING MANAGEMENT SERVICES, a private entity; CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNANTIONAL, a private entity; CHURCH OF SCIENTOLOGY LOS ANGELES, a private entity; CHURCH OF SCIENTOLOGY WESTERN UNITED STATES, a private entity; CITY OF LOS ANGELES; CITY OF SAN LUIS OBISPO; ANTHONY R. D’AMATO JR., an individual; OFFICER BLAKE ETHERTON, San Luis Obispo Police Department, in his individual capacity; OFFICER BRIANA M. FESPERSMAN, Los Angeles Police Department, in her individual capacity; SERGEANT ROSENDO GOMEZ, RETIRED, Los Angeles Police Department, in his individual capacity; SERGEANT CESAR GOMEZ, Los Angeles Police Department, in his individual capactiy; DETECTIVE DOUGLASS HALL, Los Angeles Police

CASE NO. 2:26-cv-06868-DOC-KS
*Hon. David O. Carter – Ctrm. 10A*
*Hon. Karen L. Stevenson – Ctrm. 580*

**DEFENDANTS ANTONIO HERNANDEZ AND ANTHONY VALENZUELA’S CERTIFICATE OF INTERESTED PARTIES**

Department, in his individual capacity; OFFICER MITCHELL D. HENDRICKS, California Highway Patrol, in his individual capacity; SENIOR LEAD OFFICER ANTONIO C. HERNANDEZ, Los Angeles Police Department, Northeast Division, in his individual capacity; ODO HUBER, an individual; OFFICER CASSANDRA E. JACQUIN, Los Angeles Police Department. In her individual capacity; JENNIFER KRAUSKOPF, an individual; OFFICER LOPEZ, California Highway Patrol, first name unknown, in his individual capacity, DETECTIVE BRIAN J, MARTIN, Los Angeles Police Department, in his individual capacity, SERGEANT CHARLIE LEE McMICHAEL, California Highway Patrol, in his individual capacity KENDRICK L. MOXON, an individual sued in his individual capacity; OFFICER PHILLIP C. OLSEN, California Highway Patrol, in his individual capacity, PARKER OSMON, an individual OPSINC SECURITY, a private business entity; KIRSTEN PEDERSEN, an individual; OFFICER FRANCISCO R. PEREZ, California Highway Patrol, in his individual capacity; OFFICER CHRIS PROPER, California Highway Patrol, in his individual capacity; OFFICER MARCO A. ROLON, Los Angeles Police Department, in his individual capacity; FRANCISCO SOSA, an individual, DETECTIVE JERRY LEE TORRES, Los Angeles Police Department, in his individual capacity; OFFICER ANTHONY V. VALENZUELA, Los Angeles Police Department, Northeast Division, in his individual capacity; CAPTAIN GARY WALTERS, Los Angeles Police Department, Northeast Divison, in his individual capacity; SERGEANT CHARLES R. WILSON, California Highway Patrol, in his individual capacity; JAYDEN WHEELER, a scientology guard, individual capacity; DOE 1 GRILL, individual capacity; DOE 2 CEMENT WORKER individual capacity; DOE 3 PHONE, an individual; DOE 4 TRENCHCOAT; DOE 5 GIJANE; DOES 6-50, inclusive,

Defendant(s).

**TO THE HONORABLE COURT, PLAINITFF AND HIS COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendants ANTONIO HERNANDEZ and ANTHONY VALENZUELA'S ("Defendants") certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. Scott Hochstetter – Plaintiff
2. City of Los Angeles – Defendant
3. Michell Gomez – Defendant
4. Kevin J. Austin – Defendant
5. Cassandra Jacquin – Defendant
6. Jerry Lee Torres – Defendant
7. Antonio Hernandez – Defendant
8. Anthony Valenzuela - Defendant

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: October 15, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ Jeremy B. Warren
**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, MICHELLE GOMEZ, KEVIN J, AUSTIN, CASSANDRA JACQUIN and JERRY LEE TORRES

# PROOF OF SERVICE

Case Name: *Scott Hochstetter v. City of Los Angeles, et al.*
Case No.: 2:26-cv-06868-DOC-KS

I, LEARSEY MENDEZ, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012.

On October 15, 2026, I served the document(s) described as **DEFENDANTS ANTONIO HERNANDEZ AND ANTHONY VALENZUELA'S CERTIFICATE OF INTERESTED PARTIES** on all interested parties as listed below:

**Plaintiff in Pro Se**
Scott Hochstetter
5419 Hollywood Blvd., Suite C 137
Los Angeles, CA 90027
Tel: (630) 465-3557
Email: theloreofdoa@gmail.com

☒ **BY MAIL**

I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2026, at Los Angeles, California.

______________________________
LEARSEY MENDEZ