Joshua M. George, SBN: 244565
george@ammcglaw.com
Betzy Y. Bras-Gonzalez, SBN: 328716
bbrasgonzalez@ammcglaw.com
Gregory T. Nolan, SBN: 291162
gnolan@ammcglaw.com
ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
*Mailing Address*: Post Office Box 3835
San Luis Obispo, CA 93403-3835
*Physical Address*: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
Attorneys for Defendants, City of San Luis Obispo and Officer Blake Etherton

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SCOTT THOMAS HOCHSTETTER, aka "Defender of Ants,"

Plaintiff,

v.

DETECTIVE MICHELLE GOMEZ, Los Angeles Police Department, Northeast Division, in her individual capacity; LIEUTENANT KEVIN J. AUSTIN, Los Angeles Police Department, in his individual capacity; OFFICER CALEB J. BRADSHAW, California Highway Patrol, in his individual capacity; BUILDING MANAGEMENT SERVICES, a private entity; CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL, a private entity; CHURCH OF SCIENTOLOGY LOS ANGELES, a private entity; CHURCH OF SCIENTOLOGY WESTERN UNITED STATES, a private entity;

CASE NO.: 2:26-cv-06868-DOC-KS

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR THE CITY OF SAN LUIS OBISPO AND OFFICER BLAKE ETHERTON TO DECEMBER 9, 2026**

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

CITY OF LOS ANGELES; CITY OF SAN LUIS OBISPO; ANTHONY R. D'AMATO JR., an individual; OFFICER BLAKE ETHERTON, San Luis Obispo Police Department, in his individual capacity; OFFICER BRIANA M. FESPERMAN, Los Angeles Police Department, in her individual capacity; SERGEANT ROSENDO GOMEZ, RETIRED, Los Angeles Police Department, in his individual capacity; SERGEANT CESAR GOMEZ, Los Angeles Police Department, in his individual capacity; DETECTIVE DOUGLASS HALL, Los Angeles Police Department, in his individual capacity; OFFICER MITCHELL D. HENDRICKS, California Highway Patrol, in his individual capacity; SENIOR LEAD; OFFICER ANTONIO C. HERNANDEZ, Los Angeles Police Department, Northeast Division, in his individual capacity; ODO HUBER, an individual; OFFICER CASSANDRA E. JACQUIN, Los Angeles Police Department, in her individual capacity; JENNIFER KRAUSKOPF, an individual; OFFICER LOPEZ, California Highway Patrol, first name unknown, in his individual capacity; DETECTIVE BRIAN J. MARTIN, Los Angeles Police Department, in his individual capacity; SERGEANT CHARLIE LEE McMICHAEL, California Highway Patrol, in his individual capacity; KENDRICK L MOXON, an individual sued in his individual capacity; OFFICER PHILLIP C. OLSEN, California Highway Patrol, in his individual capacity; PARKER

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

OSMON, an individual; OPSINC SECURITY, a private business entity; KIRSTEN PEDERSEN, an individual; OFFICER FRANCISCO R. PEREZ, California Highway Patrol, in his individual capacity; OFFICER CHRIS PROPER, California Highway Patrol, in his individual capacity; OFFICER MARCO A. ROLON, Los Angeles Police Department, in his individual capacity; FRANCISCO SOSA, an individual DETECTIVE JERRY LEE TORRES, Los Angeles Police Department, in his individual capacity; OFFICER ANTHONY V. VALENZUELA, Los Angeles Police Department, Northeast Division, in his individual capacity; CAPTAIN GARY WALTERS, Los Angeles Police Department, Northeast Division, in his individual capacity; SERGEANT CHARLES R. WILSON, California Highway Patrol, in his individual capacity; JAYDEN WHEELER, a scientology guard, individual capacity; DOE 1 GRILL, individual capacity; DOE 2 CEMENT WORKER, individual capacity; DOE 3 PHONE, an individual; DOE 4 TRENCHCOAT; DOE 5 GIJANE; DOES 6-50, inclusive,

Defendants.

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

## STIPULATION OF THE PARTIES

Plaintiff Scott Hochstetter and Defendants City of San Luis Obispo and Officer Blake Etherton (the "Parties") hereby stipulate that:

1. On October 6, 2026, this Court granted the Parties' First Stipulation to Extend Time to Respond to First Amended Complaint ("FAC") to November 9, 2026. (Dkt. 21). The basis for that continuance was that, after the Parties' meet and confer on the City and Officer Etherton's planned motion to dismiss, Plaintiff decided that he wished to amend the FAC but that he would need time to do so. (Dkt. 20). The Parties asked the Court to grant the extension to avoid Defendants filing a motion to dismiss that would be mooted by the filing of a new complaint. (*Id.*)

2. The FAC names numerous individual defendants, government agencies, and organizational entities as defendants. Since the meet and confer, Plaintiff has made significant headway in serving other defendants.

3. Plaintiff has limited resources and is proceeding pro se. Despite diligent efforts, he needs more time to draft a Second Amended Complaint that attempts to address the extensive issue that the City of San Luis Obispo and Officer Etherton raised during their meet and confer, along with other issues.

4. The City of San Luis Obispo and Officer Etherton do not oppose Plaintiff filing an amended complaint. And they do not want to waste the Court's scarce resources and their own time by filing a motion to dismiss that would be mooted by an amended pleading.

5. If granted, this would be the Parties' second extension, with each extension being for 30 days.

//

//

//

//

THEREFORE, the undersigned parties stipulate that the City of San Luis Obispo and Officer Etherton's deadline for responding to the First Amended Complaint shall be extended to December 9, 2026.

For Plaintiff Scott Hochstetter:

Dated: October 26, 2026

*<u>/s/ Scott Thomas Hochstetter</u>*

Scott Thomas Hochstetter
Representing himself *pro se*

For Defendants City of San Luis Obispo and Officer Blake Etherton:

Date: October 26, 2026

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP

*/s/ Gregory T. Nolan*

Joshua M. George
Gregory T. Nolan
Betzy Y. Bras-Gonzalez
Attorneys for Defendants, City of San Luis Obispo and Officer Blake Etherton