Scott Thomas Hochstetter
5419 Hollywood Blvd., Ste. C-137
Los Angeles, CA 90027
Telephone: (630) 465-3557
Email: theloreofdoa@gmail.com
Plaintiff, in propria persona

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT THOMAS HOCHSTETTER,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE MICHELLE GOMEZ, et al.,<br><br>Defendants. | **Case No. 2:26-CV-06868-DOC-KS**<br><br>**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, Scott Thomas Hochstetter, Plaintiff appearing in propria persona, certifies that the following listed persons and entities may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

This amended notice supplements and supersedes Plaintiff's Notice of Interested Parties dated June 23, 2026, to reflect the First Amended Complaint and information subsequently identified in historical organizational records.

## I. NAMED PARTIES WITH A DIRECT INTEREST

**Scott Thomas Hochstetter.** Plaintiff; seeks relief in this action and has a direct interest in the disposition of claims.

**Building Management Services (BMS).** Named corporate defendant; potential exposure to a judgment and defense costs. Historical owner and lessor of properties used by other named Scientology entities.

**Church of Scientology Celebrity Centre International (CSCCI).** Named corporate defendant; potential judgment and defense costs; identified as a historical BMS tenant.

**Church of Scientology Los Angeles (CSLA).** Named corporate defendant; potential judgment and defense costs; identified as a historical BMS tenant under the name Church of Scientology of Los Angeles.

**Church of Scientology Western United States (CSWUS).** Named corporate defendant; potential judgment and defense costs; identified as a historical BMS tenant.

**OPSINC Security.** Named private-business defendant; possible responsibility for judgment, litigation costs, or defense expenses.

**City of Los Angeles.** Named municipal defendant; potential responsibility for damages, costs, defense expenses, and any applicable indemnification.

**City of San Luis Obispo.** Named municipal defendant and potential interested party; may bear a judgment, defense costs, or applicable indemnification obligations.

## II. INDIVIDUAL DEFENDANTS

**Private individual defendants.** Anthony R. D'Amato Jr.; Odo Huber; Jennifer Krauskopf; Kendrick L. Moxon; Parker Osmon; Kirsten Pedersen; Francisco Sosa; and Jayden Wheeler. Each is named individually and may have a direct financial interest through exposure to a judgment or costs of defense.

**City of Los Angeles/LAPD individual defendants.** Michelle Gomez; Kevin J. Austin; Briana M. Fesperman; Cesar Gomez; Rosendo Gomez; Douglass Hall; Antonio C. Hernandez; Cassandra E. Jacquin; Brian J. Martin; Marco A. Rolon; Jerry Lee Torres; Anthony V. Valenzuela; and Gary Walters. Each is sued individually and may have a direct financial interest, including through defense or indemnification arrangements, if applicable.

**CHP individual defendants.** Caleb J. Bradshaw; Mitchell D. Hendricks; Officer Lopez (first name unknown); Charlie Lee McMichael; Phillip C. Olsen; Francisco R. Perez; Chris Proper; and Charles R. Wilson. Each is sued individually and may have a direct financial interest, including through defense or indemnification arrangements, if applicable.

**Blake Etherton.** Named SLOPD individual defendant and potential interested party; possible judgment, defense costs, or indemnification.

## III. NONPARTY ENTITIES WITH POTENTIAL FINANCIAL CONNECTIONS

**Church of Scientology International (CSI).** In BMS's historical IRS Form 1023 materials, CSI was identified as BMS's sole voting member, as selecting its directors, and as providing administrative and property-management services. CSI may have an indirect pecuniary interest through the named defendant BMS. This notice does not assert that the historical arrangement remains unchanged.

**United States Parishioners Trust (USPT).** BMS's historical IRS Form 1023 identified USPT as holder of mortgages on certain BMS-owned properties. USPT may have an indirect creditor interest associated with BMS. No representation is made that those mortgages remain outstanding.

**Church of Scientology Religious Trust.** Historical IRS organizational materials identify this trust as transferring property and providing financing to BMS. A continuing creditor or financial relationship, if any, has not been verified.

**Religious Technology Center (RTC).** The historical BMS IRS application identifies RTC as an occupant of a BMS-owned facility. This is disclosed as a potential property-related connection; Plaintiff has not established that RTC has a present financial obligation related to this action.

**State of California / California Highway Patrol (CHP).** Nonparty governmental entities that may have an interest through the defense or indemnification of CHP officer defendants, subject to applicable law. CHP is identified as an agency of the State; this listing does not assert that either is a defendant in the First Amended Complaint.

## IV. QUALIFICATIONS AND FURTHER DISCLOSURE

The nonparty relationships in Section III are identified from historical filings, including Building Management Services' IRS Form 1023 and related organizational records. They are provided to disclose potential interests, not to assert current ownership, active lease terms, outstanding loans or mortgages, a present parent-subsidiary relationship, an agreement to indemnify, or responsibility for the defense of any defendant.

Plaintiff has not yet identified by name any insurance carrier that may be obligated to fund a judgment or defense in this matter. Plaintiff will supplement this notice if reliable additional information identifies a material interested party. Inclusion in this notice is not an allegation that a nonparty participated in the conduct described in the First Amended Complaint.

Dated: November 9, 2026

Scott Thomas Hochstetter
Plaintiff, in propria persona