IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT THOMAS HOCHSTETTER,** Plaintiff, **v.** **MICHELLE GOMEZ, KEVIN J. AUSTIN, CALEB J. BRADSHAW, BUILDING MANAGEMENT SERVICES, CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL, CHURCH OF SCIENTOLOGY LOS ANGELES, CHURCH OF SCIENTOLOGY WESTERN UNITED STATES, CITY OF LOS ANGELES, CITY OF SAN LUIS OBISPO, ANTHONY R. D'AMATO JR, BLAKE ETHERTON, BRIANA M. FESPERMAN, ROSENDO GOMEZ, CESAR GOMEZ, DOUGLASS HALL, MITCHELL D. HENDRICKS, ANTONIO C. HERNANDEZ, ODO HUBER, CASSANDRA E. JOAQUIN, JENNIFER KRAUSKOPHF, OFFICER LOPEZ, BRIAN J. MARTIN, CHARLES LEE MCMICHAEL, KENDRICK L. MOXON, PHILLIP C. OLSEN, PARKER OSMON, OPSINC SECURITY, KIRSTEN PEDERSEN, FRANCISCO R. PEREZ, CHRIS** | Case No. 2:26-cv-6868-DOC-KS **[PROPOSED] ORDER** |

**PROPER, MARCO A. ROLON, FRANCISCO SOSA, JERRY LEE TORRES, ANTHONY V. VALENZUELA, GARY WALTERS, CHARLES R. WILSON, JAYDEN WHEELER, DOE 1 GRIL, DOE 2 CEMENT WORKER, DOE 3 PHONE, DOE R TRENCHCOAT, DOE 5 GIJANE,**

Defendants.

The Court has reviewed the Stipulation to Extend Time to Respond to Initial Complaint filed by Plaintiff Scott Hochstetter and Defendants Officer Caleb J. Bradshaw, Sergeant Charlie Lee McMichael, Officer Phillip C. Olsen, Officer Chris Proper, Officer Francisco R. Perez, Officer Mitchell D. Hendricks and Sergeant Charles R. Wilson ("CHP Defendants"). Those parties jointly request a thirty (30) day extension of the current responsive pleading deadline so that they can continue their meet and confer efforts regarding the scope of litigation.

Good cause appearing, the stipulation is GRANTED. The CHP Defendants shall file their responsive pleading on December 9, 2026.

Dated: ______________________________

______________________________
The Honorable David O. Carter

LA2026900678
45365284

# CERTIFICATE OF SERVICE

Case Name: ***Hochstetter v. Gomez*** No. **2:26-cv-6868-DOC-KS**

I hereby certify that on November 16, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 16, 2026, at Fresno, California.

| | |
|---|---|
| V. Pampenelli | /s/ V. Pampenelli |
| Declarant | Signature |

LA2026900678
95751319