Joshua M. George, SBN: 244565
george@ammcglaw.com
Gregory T. Nolan, SBN: 291162
gnolan@ammcglaw.com
Betzy Y. Bras-Gonzalez, SBN: 328716
bbrasgonzalez@ammcglaw.com
ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
*Mailing Address*: Post Office Box 3835
San Luis Obispo, CA 93403-3835
*Physical Address*: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
Attorneys for Defendants, City of San Luis Obispo and Officer Blake Etherton

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SCOTT THOMAS HOCHSTETTER, aka "Defender of Ants,"
Plaintiff,

v.

DETECTIVE MICHELLE GOMEZ, et al.
Defendants.

CASE NO.: 2:26-cv-06868-DOC-KS

**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR THE CITY OF SAN LUIS OBISPO AND OFFICER BLAKE ETHERTON TO JANUARY 19, 2027**

**STIPULATION OF THE PARTIES**

Plaintiff Scott Hochstetter and Defendants City of San Luis Obispo and Officer Blake Etherton (the "Parties") hereby stipulate that:

1. On October 6, 2026, this Court granted the Parties' First Stipulation to Extend Time to Respond to First Amended Complaint ("FAC") to November 9, 2026. (Dkt. 21.) The basis for that continuance was that, after

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

the Parties' meet and confer on the City and Officer Etherton's planned motion to dismiss, Plaintiff decided that he wished to amend the FAC but that he would need time to do so. (Dkt. 20.) The Parties asked the Court to grant the extension to avoid Defendants filing a motion to dismiss that would be mooted by the filing of a new complaint. (*Id.*)

2. A second stipulation was granted for similar reasons on October 28, 2026, which extended the City and Officer Etherton's deadline to respond to the FAC until December 9, 2026. (Dkt. 32–33).

3. The FAC names numerous individual defendants, government agencies, and organizational entities as defendants. Since the meet and confer, Plaintiff has made significant headway in serving other defendants.

4. Plaintiff has limited resources and is proceeding pro se. Despite his efforts, he needs more time to draft a Second Amended Complaint that attempts to address the extensive issues that the City of San Luis Obispo and Officer Etherton raised during their meet and confer, along with other issues.

5. The City and Officer Etherton do not oppose Plaintiff filing an amended complaint. And they do not want to waste the Court's scarce resources and their own time by filing a motion to dismiss that would be mooted by an amended pleading.

6. If granted, this would be the Parties' third extension, with the first two extensions each being for 30 days.

7. Given the holidays and the lead attorney for the City and Officer Etherton's preplanned family vacation during the first full week of January 2027, the Parties request an extension until January 19, 2027, for the City and Officer Etherton to respond to the FAC.

THEREFORE, the undersigned parties stipulate that the City of San Luis Obispo and Officer Etherton's deadline for responding to the First Amended Complaint shall be extended to January 19, 2027.

For Plaintiff Scott Hochstetter:

Dated: November 23, 2026

*/s/ Scott Thomas Hochstetter*

Scott Thomas Hochstetter

Representing himself *pro se*

Date: November 23, 2026

ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP

Joshua M. George
Gregory T. Nolan
Betzy Y. Bras-Gonzalez
Attorneys for Attorneys for Defendants, City of San Luis Obispo and Officer Blake Etherton