Joshua M. George, SBN: 244565
george@ammcglaw.com
Gregory T. Nolan, SBN: 291162
gnolan@ammcglaw.com
Betzy Y. Bras-Gonzalez, SBN: 328716
bbrasgonzalez@ammcglaw.com
ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
*Mailing Address*: Post Office Box 3835
San Luis Obispo, CA 93403-3835
*Physical Address*: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
Attorneys for Defendants, City of San Luis Obispo and Officer Blake Etherton

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SCOTT THOMAS HOCHSTETTER, aka "Defender of Ants,"
Plaintiff,

v.

DETECTIVE MICHELLE GOMEZ, et al.
Defendants.

CASE NO.: 2:26-cv-06868-DOC-KS

**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR THE CITY OF SAN LUIS OBISPO AND OFFICER BLAKE ETHERTON TO JANUARY 19, 2027**

**[PROPOSED] ORDER**

Good cause having been found, the Court, hereby GRANTS the Third Stipulation to Extend Time to Respond to the First Amended Complaint for the City of San Luis Obispo and Officer Blake Etherton to January 19, 2027.

IT IS HEREBY ORDERED that the City of San Luis Obispo and Officer Blake Etherton's deadline of December 9, 2026, to respond to the First Amended Complaint (Dkt. 8) is extended to January 19, 2027.

IT IS SO ORDERED.

Dated: _______________

_________________________________
KAREN L. STEVENSON
United States Magistrate Judge

ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
Attorneys at Law